F I L E D

APR 2 2 2016

CLERK'S OFFICE
DETROIT

POOR QUALITY ORIGINAL

16-20227

*Written Affidavit*                    Pg. 1 of 5

In all respect to the courts and Bernard A. Friedman

I, affiant, Ryon Travis being of sound mind do dispose a series of facts that all is relevant to this matter! In sections 1) - 8). For your records.

1) I have no legal contracts with the United States. All has been null and void since the 24th day of November 2015. See Instrument : 2015440005 L:52597 P:162

2) Mrs. Stacey Studnicki has been removed from counsel in accordance to the rule of professional conduct. RPC 1.0 which states that a firm; a law firm denotes a lawyer. A lawyer is in partnership; sole proprietorship of a corporation or organization who was given authority to practice law for any other corporation or organization. — My issue is that I'm not a corporation or organization...

3) Nor am I a "person" in the description of any trust, business trust, estate, LLC, association, joint venture, government, governmetal subdivision, agent, agency, in partnership, with-holder, or any other said legal or commercial entity" of any Kind. Neither am I a U.S. Citizen, Federal Citizen, Double Citizen, 14th Amendment Citizen, State Citizen or any citizen in the jurisdiction of the Federal United States but "I am that I am" an American National!

4) Federal jurisdiction and authority is contained only in the places purchased by the consent of the legislature of the state (NOT EXCEEDING TEN MILES SQUARE) and those places are: a) The District of Columbia  b) Commonwealth of Peurto Rico  c) U.S. Virgin Islands  d) Guam  e) American Samoa  f) Northern Mariana Islands  g) Trust Territories of the Pacific Islands  h) Military bases within the several states and  i) Federal agencies within the several states... This means that the violations of my Rights, Freedom and Property by the

U.S. federal government has been illegal and unlawful being that I'm clearly outside the limited boundaries of federal jurisdiction. See U.S. Constitution: Article 1, Section 8, Clause 17 and also Article 4, Section 3, Clause 2. In respect to truths, also see the Slaughter House Case of U.S. vs Cruikshank, 92 U.S. 542 (1875), Caha vs U.S. 152 U.S. at 215, Pollard vs Hagan, 44 U.S. 221, 223, 228 and 229, and also Title 18 U.S.C. §7 that specifies U.S. jurisdiction only extends outside the boundaries of lands belonging to any of the several states as labeled a)-i) in section 4) of this written affidavit.

5) In accordance with the U.S. Constitution, Article 6: All executive and judicial officers, senators, representatives and all members of the several State Legislatures must be bound by recorded valid Oaths of Office to support the constitution to assure noncorruption or is interpreted or subverted by any courts. Also see the 9th and 10th amendment to the U.S. Constitution. I also understand that all laws is commercial in nature in means of "only business"! Any "laws, statutes, ordinances, regulations, rules and procedures contrary to the U.S. Constitution as written by it's framers, are null and void, as expressed in the 16th American Jurisprudence 2nd Edition, Section 177; "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; Since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Since an unconstitutional law is void, the general principles follows that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it. No one is bound to obey an unconstitutional law, and no courts are bound to enforce it... See U.S. Constitution Article 6.

8) In accordance to <u>U.C.C. 1-308</u>, I do not accept the liability of the compelled benefit of any unrevealed contracts or commercial agreements. I am not ever subject to silent contracts as I retain all of my rights and liberties at all times in all places. In accordance to <u>U.C.C. 1-326</u>, I waive any "Acknowledgements of Indictments" and "Plea Enterings". I do not enter any plea at all in fact that I don't even know what "plea" means or exactly what it is. It was Mrs. Stacey Studnicki who entered the plea on behalf of the "captioned corporate party" which is not me, nor do I own or have created in means that I, affiant is "not" responsible for or owns any liability to the "corporate name or corporate identity number" which was created by the International Monetary Fund and the Federal Reserve. As for the "Acknowledgement of Indictment", was not signed in good faith, I wasn't given any time to fully go over and read with any understanding of the terms of anything I was signing for. Mrs. Studnicki 1st gave me the signature page and rushingly pressured my signature stating, "Just sign right here. You're just stating that you recieved a copy." without really allowing me to read in means that my signature is null and void on that document as I do not agree with any of the terms printed and nor do I consent to forfeit any property that was removed from my possessions or residence, or any property at all in any matter. In accordance to <u>U.C.C. 1-206</u>, the fact that all alligations, true or false, that's against the instrument containing the captioned corporate name and corporate identity number (SSN/CIN) which is known as a social security card is clearly claimed by the Federal Reserve Agency where it states "This card belongs to the Federal Reserve" so I <u>presume</u> that they "are" in fact the captioned corporate name who is in "reality" facing these alligations and not me personally and also stated by Maxim of Law: "You are responsible for what you create," leaves me to further presume that Federal U.S. is

Pg. 4 of 5

fully responsible and owns all liability to the indictments, charges and/or alligations conflicted to the captioned corporate name and corporate identity number (CIN).

7) Mrs. Stacey Studnicki, Mr. Michael Carter, Mr. Gregory M. (acting investigator) and other Bar Association members has committed "personage" against me, purposely and deliberately confusing affiant with a corporate franchise that was named after me, which was said to be a result of "press-ganging" land assets into the international jurisdiction of the sea. A criminal act of "in-land piracy" and violating the Geneva Protocols of 1949 Volume 2, Article 3. I'm also a victim of "Acts of plunder, mortal violence and mischaracterized as a combatant and has been threatened with numbers of guns, tasers and other weapons as I was always at submission to refraim me and any one in my residence from harm of the Martial Law actions of acting law enforcement officers. These are all death penalty offenses and/or can be sued without limits.

8) Finally, the violations of a number of my human rights which no man has any rights to terminate or violate. See "Universal Declaration of Human Rights" specifically Articles 1, 2, 3, 4 (No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms), 5 (No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment), 6, 7, 8, 9 (No one shall be subjected to arbitrary arrest, detention or exile), 10, 11, 12 (No one shall be subjected to arbitrary interference with his privacy, family, home, or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks), 15, 16, 18, 19, 20 (1) Everyone has the right to freedom of peaceful assembly and association. 2) No one may be compelled to belong to a association.) and 27...

Pg. 5 of 5

Please note that I, affiant have currently in hand a copy of each of the 3 components in the delivered envelope. My hand written affidavit, civil orders issued by the Unified Maine Common Law Grand Jury (signed and thumbprinted by Alaska State Superior Court Judge, Anna Maria Riezinger) and Public Notice of Orders issued by Sir Pope Francis in his Apostolic Letter to Law Enforcements, Sheriffs, Elected Officials and all Bar Association Members and in addition to that, a copy of my instrument #: 2015440005 and Declaration of Human Rights.

In respect to the non-misleading facts that all is true, and also in the same respects of Sir Pope Francis and the Superior Courts, I, affiant respectfully request that the United States District Court dismiss this matter and cease all proceedings in this case, discharging any debts or charges whatsoever related to vessels in commerce operating under my name by any branch of Federal United States, according to "Maxim of Law", you are responsible for what you create and in the same request, give order to release me from custody. BKN:161295

My Honor, thank you for your respectful acknowledgement!


*Ryan L. Travis*
Affiant Ryan L. Travis
American National

**Public Notice to Law Enforcement, Sheriffs,
Elected Officials and Bar Association Members
April 5, 2015**

Take Notice: The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means you.

Also by Maxim of Law, there is no statute of limitation on fraud. Privately owned governmental services corporations have been fraudulently passing themselves off as the "government of the United States" since 1862. The longevity of this fraud in no way imbues it with authority. As an employee of these corporations you have no public office and no public bond and no foreign state immunity.

Federal Law Enforcement Personnel--- except U.S. Marshals: Your status is that of a Mall Cop acting outside the Mall. You have no authority on the land jurisdiction of the Continental United States. You are acting under color of law when addressing Citizens of the Continental United States "as if" they were Citizens of the Federal United States. If you threaten any living inhabitant of the Continental United States with a gun, taser, or other weapon, you can be hung as an inland pirate. If you remove any livestock you can be hung as a cattle rustler. If you cause any harm, you can be sued without limit. If you wear any uniform or display any badge or use any name or office designed to deceive or project authority you do not have, you can be arrested for impersonating an officer.

You are acting in a purely private capacity and have only equal Civil Rights that may be withdrawn at any time. You are also acting under Martial Law and may face extreme punishment for infractions against the civilian populace. Acts of plunder, mortal violence, and mischaracterization of civilians as combatants are all death penalty offenses.

U.S. Marshals are allowed full egress within the Continental United States so long as they are sworn and acting as officers sworn to uphold the actual Constitution, are not acting deceptively, nor acting outside their international jurisdiction while in pursuit of their duty protecting the U.S. Mail.

Lawyers, Judges, Court Clerks--- When you address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, you commit personage. This results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide for 200 years. It is a recognized act of inland piracy and it carries the death penalty.

Mischaracterizing the identity or citizenship status of a birthright Citizen of the Continental United States is also a crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty.

Finally, no member of the Bar Association may sit upon the bench of any public court nor occupy any public office of the Continental United States including Congress. The involvement of any Bar Member automatically voids all proceedings pretending subject matter jurisdiction related to the actual land or its assets---including the people of the Continental United States. The Titles of Nobility Amendment adopted and ratified prior to the American Civil War has not been repealed.

The Federal United States and the Municipality of Washington, DC all operate under the auspices of the United Nations and are signatories of the Universal Right of Self-Declaration. Anyone claiming to be a Citizen of the Continental United States having a valid Birth Certificate must be treated as such. Any debts or charges whatsoever related to vessels in commerce operated under his or her name by the Federal United States, any Federal State, the Washington DC Municipality or the UNITED NATIONS must be discharged according to Maxim of Law already cited: you are responsible for what you create.

The Federal United States and its Federal States have created numerous vessels in commerce merely named after living Citizens of the Continental United States and styled in the form: John Quincy Adams. The Washington DC Municipality has similarly indulged in this practice and created franchises

for itself named after living Citizens of the Continental United States styled in the form: JOHN QUINCY ADAMS. Most recently the UNITED NATIONS has created public utilities and is operating them under names styled as: JOHN Q. ADAMS.

The organizations that have created these franchises are completely, 100% liable for their debts and obligations without exception and without recourse to claim upon the living people these franchises are named after.

You may not presume that the living people have consensually agreed to be subjected to statutory law. You may not presume that they consensually agreed to be obligated for the debts of any legal fiction personas which have been created and named after them by Third Parties secretively operating in a private capacity and merely claiming to represent the victims of this fraud.

This is your Due Notice that the living people inhabiting the Continental United States are presenting themselves and may not be addressed as if they belong to, are responsible for, or indebted in behalf of any legal fiction personas operated under their given names by any international corporation.

Any continuance of any such claims and repugnant practices will be deemed immediate cause to liquidate the American Bar Association as a criminal syndicate and to deport its members from our shores. International action is underway to secure the assets and credit owed to the victims.

Please read, research, and do your own due diligence. You are fully responsible for obeying the Public Law of the Continental United States including Revised Statute 2561 and The Constitution. Please respect the established jurisdictions of air, land, and sea--- and be aware that you may be arrested and fined or worse for failure to do so.

Issued this fifth day of April 2015, Judge Anna Maria Riezinger, Alaska State Superior Court.
…....................

Here are the Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State do no longer have Immunity for the crimes they commit, Primarily Judges in America which includes the BAR Association.

APOSTOLIC LETTER ISSUED MOTU PROPRIO
http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html



# UNIFIED MAINE COMMON LAW GRAND JURY

David Robinson, 3 Linnell Circle, Brunswick, Maine 04011
Phone 207-798-4695 • Email: drobin88@comcast.net

## LEX NATURALES DEI GRATIA

• ANDROSCOGIN • AROOSTOOK • CUMBERLAND • FRANKLIN • HANCOCK • KENNEBEC • KNOX•
• LINCOLN • OXFORD • PENOBSCOT • PISCATAQUIS • SAGADAHOC • SOMERSET • WALDO •
• WASHINGTON • YORK •

*Psa. 89:14 "Justice and judgment are the habitation of thy throne : mercy and truth shall go before thy face."*

---

# CIVIL ORDERS
## JUNE 10, 2014

### Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services

At the federal level, the American government has always been a *separate foreign international maritime jurisdiction* operating under contract to provide *just two services*: (1) **to protect** the assets of the national trust, and (2) **to perform** governmental services **for** the Several States — which in terms of international law are each and **all** recognized as **sovereign nations.**

The *equity contract* known as **The Constitution for the united States of America** makes it clear that the Several States contracted to form *a single governmental services agency* known as **The United States**. The contract designates in the Preamble and Bill of Rights *the assets to be held in trust* by the federal government comprising the trust indenture portion of the contract and also designates *the nineteen enumerated services* to be performed — and exactly what *"powers"* the States agreed to delegate to **The United States** and how they would pay for these services.

What is **not** so widely known or appreciated is that *the governmental services company* known as **The United States** *was a privately owned and operated commercial company set up by Benjamin Franklin in 1754.* George Washington was actually the *11th "President"* of this **Company**, and the 1st President to take office after the receipt of the **"Constitution"** contract.

According to the 1824 Webster's Dictionary, at the time the original Constitution was written, the word **"federal"** was a synonym for **"contract"**. All **"constitutions" are affirmations of debt** — in this case, the debt that the States assumed when they created the federal government and *jointly agreed* to pay for the services that it would provide. The office of *"President"* is, and always has been, a uniquely *commercial office,* not a "Head of State".

Because the *federal governmental services company* is privately operated and owned, only *shareholders* known as *"electors"* have a real say in its elections and administration; only *"trustees"* known as *"members of Congress"* have the right to determine *how* the national trust assets are protected, though they are obligated *as trustees* to do a reasonable job of it, and *only the States have the right to complain* if the designated services aren't up to par.

The American people at large, known simply as *"inhabitants of the domestic states"* or *"State Citizens"* have always been a separate and distinct population apart from *"US citizens"* or *"Federal Citizens"* — and to these two groups *a third kind of "citizen"* was added in 1871, that of *"US citizen"*.

Following the Civil War, the *governmental services company* providing the services agreed to by the States, *reorganized as a corporation* d.b.a. the "United States of America, Incorporated" and published its Articles of Incorporation as the *"Constitution of the United States of America"*.

Unlike *"The Constitution for the united States of America"*, the *"Constitution of the United States of America"* is a document peculiar to the new "Municipal" or "City State" government **formed to administer the affairs of the District of Columbia and its federal territories and possessions.**

This *corporate "constitution"* provided for the creation of a new kind of **"Federal Citizen"** — a **"US Citizen"** — and from that point onward, from the perspective of *the new federal municipal government formed by the Act of 1871,* — **American State Citizens** (the inhabitants of the domestic fifty states) were regarded as **"non-resident aliens"** of the District United States. This same corporation, d.b.a. the "United States of America, Incorporated" (chartered in Delaware), began operating *two separate "governments"* at once — the *"municipal government of the District of Columbia"* and the *"federal government" owed to the States of the Union* — both under the auspices of the **"United States Congress"**.

These *semantic deceits* have given rise to endless confusions, usurpations, and criminality. These *General Civil Orders* address *some* of those issues which are most important at this time.

The Congress *ceased operating* as it was required by contract to operate; in *1860*. After December *1865*, it never again operated as an *unincorporated Body Politic* representing the States of the Union. The *"federal government"* has functioned ever since exclusively as an *incorporated commercial entity,* with an elected Board of Directors calling itself the "US Congress". As such, the *"federal government"* is a *for-profit commercial corporation* like any other for-profit commercial corporation. It has no special status, *no immunity from prosecution,* and hasn't functioned as a governing body of a sovereign nation **for 150 years!**

To overcome this obvious difficulty the **"US Congress"** formed a *second "union of American states"* from the *"federal territories and possessions"*. From the Seven Insular States, including the "State of New Columbia" (District of Columbia), Guam, Puerto Rico, American Samoa, et alia, a *new nation* was formed, calling itself **"the United States of America"**, claiming separate national sovereignty.

Thus we have *the United States of America* comprised of the fifty organic States created by Statehood Compacts, and *the district United States;* both being administered under the direction of *the corporate Board of Directors* known as the **"US Congress"** — which has continued to act *solely* as the sovereign government of *the corporate United States*.

These *blatant semantic deceits* by officers of the federal corporation and officials of *the corporate United States* amount to *purposeful constructive fraud* against their *employers,* the American organic states. To try to overcome this obstacle, members of the **"US Congress"** contrived a *"complex regulatory scheme"* by which they established their *own* "State" governments and have tried to claim that they have been *"at war" with the American people,* while relying upon the organic states for their own sustenance, and have falsely claimed that they have established *"exclusive legislative jurisdiction"* over the original states of the Union by these acts of *self-interested fraud* carried out against their *employers* and benefactors.

**Fraud has no statute of limitations.**

The ***governmental services corporations*** have always been under commercial contract to provide services to the American people and have acted against their **_employers_, as employees**.

It is essential that ***members of the Bar Associations; members of the "State" governments*** which have been surreptitiously "redefined" to their detriment; ***members of the domestic police forces;*** and ***members of the various armed forces*** gain a clear understanding of the **fact** that for purposes of administration of government services on American State soil, ***the "federal government" is a corporation with no more civil authority on the land than JC PENNY, or HARLEY DAVIDSON, INC.***



The **"federal government"** is under contract to the organic States. Our Forefathers vested ***the ENTIRE civil government on the land*** in the people inhabiting the land. Therefore ***each American is a sovereign "organic state" of the union.*** Each one of us has more civil power and authority ***on the land*** than the entire ***"federal government"*** has ever had, or ever can have.



For that reason — and as a result of the deliberations which have already taken place among other nations of the world — the ***"federal government"*** d.b.a. the ***UNITED STATES, INC. — a French commercial corporation*** — is hereby called to task for ***non-performance*** on its contractual obligations. The semantic deceits involved in ***claiming that American State Citizens are "US citizens"*** and all the other fraudulent claims advanced against the American people and states ***are to be fully recognized for what they are*** — **fraudulent claims, having no merit and owed no alliegeance nor enforcement.**

Other corporate entities, notably the ***FEDERAL RESERVE*** and ***INTERNATIONAL MONETARY FUND,*** which are responsible for creating and promoting this fraud, are to be recognized and dealt with appropriately, as ***international dealers in usury and fraud.***

American Negroes have in the past been considered **"US citizens"** because that is the only ***"citizenship"*** they were ever granted after the Civil War, a grave travesty of justice that resulted in them having only ***"civil rights"*** which are only *privileges* granted by the "US Congress" instead of the ***"Natural and Unalienable Rights"*** they are really heir to. They were ***also*** claimed as chattel backing the debts of the ***United States' prohibitions abolishing slavery and peonage.***

A prompt correction is available from the organic states by proclamation. The people in the organic states are granted full and ***immediately recognizable status*** as **"American Nationals"** owed all the ***"Natural and Unalienable Rights"*** of any other organic State Citizen, no matter which geographically defined state they may inhabit on the land. The only exceptions are those residents born **within** (inside) the borders of the Insular States — District of Columbia, Guam, Puerto Rico, etc. — who must ***self-declare their status under Article 15 of The Universal Declaration of Human Rights***.

It has been the policy of ***the United States of America*** to consider all ***federal employees*** and ***members of the active duty military*** who are birthright inhabitants of ***the United States of America,*** to be temporary **"dual citizens"** subject to ***the corporate UNITED STATES.***

However, ***the United States of America*** recognizes ***no dual citizenship,*** and the process required for ***any birthright inhabitant of the land,*** to adopt **"US Citizenship"** is both lengthy and purposeful, as stated in **US Statute at Large 2, Revised Statute 2561.** As the ***employers*** and ***creditors*** of ***the United States of America*** we exercise our ***proprietary interest*** and direct all ***American State Citizens*** to defend the interests and integrity of the American organic states, regardless of any contrary "orders" issued by any corporate officer of the ***UNITED STATES, or foreign official*** acting under the auspices of ***the United States of America.***

All birthright State Citizens of *the United States of America* are specifically enjoined from engaging in any activity contrary to the health, welfare, safety, and benefit of their fellow State Citizens, or will otherwise be recognized as **criminals** regardless of what uniforms they wear or what authorities they pretend to have.  If **corporate "President" Obama** should order any member of the "US military" or any armed "agency personnel" — BATF, IRS, NSA, FEMA, etc. — to open fire upon *American State Citizens,* it would constitute a *war crime* against non-combatant civilians and it would be immediately recognized as such throughout the world.

**For all military and civilian-based defense and law enforcement agencies the rule to be observed is: if you can't do it as a *private* individual, you can't do it as a *public* officer.**

Any State Citizen who is forced to open fire on federally or federal "State" or "STATE" funded personnel in defense of property or life will be recognized as *a non-combatant civilian* without exception, held harmless, and supported by all members of the American Armed Forces of THE UNITED STATES OF AMERICA and all American State Militias.  Any State Citizen so imposed upon by those in his or her employment or hired by those in his or her employment in any capacity whatsoever including "elected" officials, will be entitled to *full reparations* in the amount of $5,000,000.00 USD or the equivalent at the time of the damage incurred, *for every death*; $2,500,000.00 USD or the equivalent at the time of the damage, *for every permanent disability*.  They shall also be owed *full reparations* for all property damage incurred and up to eighty (80) times compensatory damages at the discretion of a jury of their peers.

The individual States of the Union formed by Statehood Compact retain the full and unencumbered claim upon their birthright inhabitants.  These "states" are defined geographically. They are not incorporated entities, and they are not "represented" by any incorporated "State of_____" or "STATE OF_____" organization at this time.  They are presented solely by the *unincorporated* Body Politic and their individual inhabitants, who retain all organic and civil prerogatives on the land.

Those organizations currently calling themselves the "State of Alaska" or the "STATE OF ALASKA", etc., are representatives of two different governmental services corporations operated by the FEDERAL RESERVE ("State of Alaska") and the INTERNATIONAL MONETARY FUND ("STATE OF ALASKA"), doing business as franchises of the United States of America, Inc. and the UNITED STATES, INC. respectively.  They have no representational capacity whatsoever and are operating under commercial contract only.

Because these "State" and "Federal" entities have all functioned under conditions of **non-disclosure and semantic deceit** serving to promulgate fraud upon the organic states and the American people, they are all to be considered **criminal syndicates** to the extent that they have been aware of their status and have failed to correct their operations and representations.  **All contracts** held by these organizations or assumed to be held by these organizations **are null and void for fraud.**  These contracts include but are not limited to contracts for sale, for labor, for trade, "citizenship" contracts, powers of attorney, licenses, mortgages, registrations, and application agreements of all kinds.  All signatures of **American State Citizens** acting under the influence of semantic deceit and non-disclosure *are rescinded.*

All those individuals engaged in employment as "federal" and "state" and "municipal" employees and "elected officials" are hereby given Notice that they are employees of private, for-profit corporations that are merely under contract to provide designated public services, having no special status, having no immunity, and having no authority as sovereign nations or states.  Any actions that they take infringing on the rights and prerogatives of **American State Citizens** are criminal acts without exception and are to be treated as criminal acts. These individuals have exactly the same standing as employees of any other

commercial company, and the rules, regulations, codes, and other "statutes" they enforce are obligations unique to those organizations only.

**Posse Comitatus** is to be observed and enforced on the land of the domestic organic states regardless of any Executive Order to the contrary issued by Barack H. Obama acting as "President" of the United States of America or as the President of any **incorporated** entity whatsoever. Any such imposition of "martial law" by Mr. Obama has exactly the same legal standing as "martial law" imposed by the President of BURGER KING, INTERNATIONAL or the King of Sweden on the land of the organic states. He can order his paid employees to commit hari kari if he wishes to do so, and they may follow his instructions if they care to, but they may *not* under any circumstance murder anyone, assault anyone, seize any private property, or cause any trouble for **American State Citizens**, or they shall be immediately recognized as *criminals* and be treated as such.



Likewise, the government of the United States of America may do what it wills with those who are legitimately born under its hegemony, but it cannot say one word claiming authority over any birthright State Citizen of The United States of America.

Please note that Barack H. Obama is "Commander in Chief" of the **"US Armed Forces"** which legitimately includes the Puerto Rican Navy and whatever security forces are endemic to Guam, American Samoa and the other Insular States.

The **Grand Army of the Republic** and its successors are obligated to perform under **General Order 100.**

The **American Armed Forces** also known as the **Armed Forces of The United States of America** are paid for by and obligated to serve the 50 organic states, which we represent and for which we require your service. In the absence of a properly formed and operational government of the Republic, **all rights revert to the organic states**, including the civil authority to issue these General Orders. "President" Barack H. Obama is operating as an official of the United States of America and as a corporate officer in the employ of the UNITED STATES, a French commercial corporation chartered by the International Monetary Fund, an agency of the UNITED NATIONS. He is not now nor has he ever been elected to any public office of The United States of America.

Likewise the members of the "US Congress" have never taken the Oath of any Public Office of The United States of America and are merely operating *as private corporate officers* of the same commercial corporation d.b.a. the corporate "United States".

All offices deriving and paid and/or receiving credit entirely or in part as a result of the original equity contract known as The Constitution for the united States of America are offices of the Armed Forces of The United States of America by definition and those who serve in these offices are employees of the inhabitants of the domestic 50 States defined by Statehood Compacts. As such, you are now receiving direct orders under the civil authority of these organic states.

All the foregoing circumstance is indeed the "mischief" predicted by Chief Justice Harlan in his dissenting opinion given in *Downes v. Bidwell* — mischief resulting from allowing Congress to operate two governments at once, one a **constitutional Republic**, and the other an **oligarchy under the plenary control of Congress.** The members of the "US Congress" have been corrupted by power lust or through ignorance, subverted and used to serve the aims of criminals. That does not give anyone a license to sin. It simply requires the recognition of the sins of the members of the Congress and appropriate enlightened action depriving them of any power or excuse to continue these usurpations and deceits.

**There are 515 people responsible.** It is incumbent upon them to straighten things out, and for the rest of us to insist that they do. **It is also the responsibility of all members of the domestic police.**

The **right** to act comes with the **responsibility** to act!

**This NOTICE is by my hand and upon my civil authority set this 10th day of June, 2014:**

*anna-maria: riezinger*

**Anna Maria Wilhelmina Hanna Sophia Riezinger-von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis. In Care Of: Box 520994, Big Lake, Alaska**
Under Sea

## JUDICIAL NOTICE

We the Unified Maine Common Law Grand Jury concur with the above Notice:

June 10, 2014                                        Signed under Seal

*David E. Robinson*



_____
Grand Jury Foreman *pro tem*



This mail originates from
The St. Clair County Jail

UNITED STATES DISTRICT COURT

462268279‡ C000B

This mail originates from
The St. Clair County Jail