Mr. Robert Kinney,
Re: My case # 16-CR-20227



3

I thoroughly looked through your motion to suppress and reviewed the court cases cited within it and I've taken quite of few notes myself. I've sent you a letter to your office near the beginning of this month requesting a motion for a Rule 16 discovery and I'm not sure if you've recieved it or not because I haven't gotten a word back from you.

   I agree with the contents in your motion. According to the affidavit of the original/first "search" warrant, sections A-D just describes the experience of the sworn affiant and E just states his current investigation of a fraud complaint. These does not constitute a probable cause. Sections F-K describes information accumulated from the ~~ive~~ investigation of the victims complaint and it includes a statement from an unidentified informant who supplied the suspects names and a phone number and even a couple of IP addresses and a second phone number was captured during this investigation which none was connected to me or my place of residence. The unidentified informant stated that one of the suspects was her boyfriend and falsely claimed that they resided at my address and yet no surveillence or evidence ever proved that to be a fact or that they ever stepped foot in my home which also cant constitute a reason for probable cause for anything other than the belief that these two suspects ~~wo~~ was fraudulently using multiple addresses including mine.

   In addition to the motion to suppress I request a motion for a Rule 16 discovery including all transcripts (grand jury), all Brady material, all Giglio material, all Jencks material, my docket sheet and any and all other discovery materials that may assist me in my defense. My case manager told me that my next court appearance is my final pre-trial conference and I'm confused about why are we at final pre-trial when there is more grounds to cover before trial. All information hasn't even been disclosed to me and I have a right to be informed in full. I need to disclose all of my issues to you and I may have more issues to acknowledge but I wouldn't know without a full Rule 16 discovery. I'm just trying to assist you in reguards to my defense so help me, help you help me fight. I need to

know everything that they are trying to use against me and delegate with you on the directions that we will be taking things. I don't want to accumulate all this information after trial and start filing Rule 29's and Rule 33's.... I want all the information I can get asap and fight as much as I can pre-trial and or make up my mind if I want to go to trial or not. I have the right to challenge all evidence against me but I need to be aware of all the evidence against me in order to challenge it. I understand you work for the government but you represent my life and liberty right now. I don't want to feel like you're doing just enough just to say you tried because I have to put up a real fight so I need to really see that you're in my corner, really fighting! So please help me Mr. Kinney!

C.C. My File
Mr. Robert Kinney

Respectfully,
Ryan Travis Republic

Ryan Travis
NAME
54525-039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
26 OCT 2016 PM 4 L

48226-277758

⇔54525-039⇔
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

