Judicial Notice:   To: Bernard A. Friedman
Case # 16-20227

I'm not sure if you are aware of my action or not but this notice is to ensure that you are. I have filed ~~to~~ two motions which has entered the docket on February 28, 2017. The motions was filed by the defendant pro se asserting his right to self representation only in this filing and is not acting in a hybrid fashion. This position is according to the supreme court decision in (McKaskie v. Wiggins (1994) 465 U.S. 168, 791) in observing the sixth amendment right to self-representation.

I hereby affirm that the appointed counsel did not file February 28's motion on the defendant's behalf. It would be very difficult for the defendant to determine if he would like to accept a plea or proceed to trial without first addressing any and all concerns to the court so in this notice, defendant requests a motion hearing to address the matters that was filed on February 28, 2017 as entitled.

C.C. My file          Thank You,
                      By, Ryon L. Travis

FILED
MAY 01 2017
CLERK'S OFFICE
DETROIT

Ryon Travis 54525-039  
Federal Correctional Institution  
P.O. Box 1000  
Milan, Michigan 48160

METROPLEX MI 480

27 APR 2017 PM 10 L

4-27-17 /sr



⇔54525-039⇔  
Office Of The Clerk  
231 W Lafayette BLVD  
5th Floor  
Detroit, MI 48226  
United States

48226-277758

RECEIVED  
MAY 0 1 2017  
CLERK'S OFFICE  
DETROIT



FOREVER USA

Bank Swallow