FILED 5-24-17
MAY 30 2017
CLERK'S OFFICE
DETROIT
16-20227

To the Clerk of the Court,

    I have reviewed the copy of my Notice of Appeal that I have in possession and I realized that there is some information I ~~just~~ left out in a field that may be a required field to fill. "Pro Se" was meant to be written in that field. It is appreciated if you can make that correction for me and if not then I ask that you return the application to me so I can make the necessary corrections myself. If I must fill out another application due to the lack of information then I request a "Notice of Appeal" form to return to you with all the required information.

C.C. My File

Thank You,
by Ryon Travis
RYON TRAVIS
Case No. 16-CR-20227

RYON TRAVIS
NAME
54525-039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
25 MAY 2017 PM 15 L

◇ 54525-039 ◇
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

RECEIVED
MAY 30 2017
CLERK'S OFFICE
DETROIT