**FILED**
OCT 23 2017
CLERK'S OFFICE
DETROIT

To Mr. Bernard A. Friedman,                                    10-19-17

In regards to Case No: 16-CR-20227, the Defendant Mr. Ryon L. Travis has been trying to work with the counsels that's being appointed by the court. It is not the Defendant's intentions on upsetting the court or cause any delays whatsoever. It is only his intentions to address certain issues that is crucially relevant in this matter and only tends to do so by way of counsel but if counsel refuses to do so then the Defendant feels obligated to file handwritten motions on his own behalf. The Defendant is not a lawyer and is not sure of how motions should be formed and submitted, nor does Defendant have the sufficient finances and resources to type or have typed in a sufficient format to be accepted by the court though pro se motions should be considered in a less stringed manner.

These issues that the Defendant wishes to address are Constitutional Supreme Court issues and if they are not applied through counsel or allowed the opportunity to be submitted by the Defendant himself to address the it would most definately prejudice the Defendant in the outcome of this case and also his right to appeal those issues, so please inform me of what was meant when you said "the motion isn't in a sufficient format for the court to hear" so that an attempt to make the necessary corrections can be made in the event that the new counsel fails to file the proper motions for these extremely relevant issues to be addressed and heard by the court. If you continue to refuse the motions that's being attempted to be acknowledged, it will impair the Defendant's right to appeal.

The Defendant has recently reviewed the latest motion filed on 9-8-17 (Dckt 60) and it is exact or almost exactly the same format of the "Motion to Suppress" filed by the previous attorney on 9-19-16 (Dckt 28) and the only differences is that the Defendant has handwritten it himself, the brief is not seperate from the motion and the Defendant submitted it on

his own behalf so please inform me exactly what did you mean by insufficient format.

   The Defendant feels as if his Constitutional rights are being overlooked and allowed to be violated. How would the Defendant be allowed to address his issues if counsel refuses to as the issues MUST be addressed before trial? You are putting pressure on trial to begin and that will make it too late for these issues to be raised. Please inform me.

C.C. My File

                    Thank You,
                    By: Travis, Ryon L.
                      Travis, Ryon L.

RYON TRAVIS
NAME

54525-039
REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
OCT 23 2017
CLERK'OFFICE
DETROIT

METROPLEX MI 480
20 OCT 2017 PM 17 L

54525-039
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

48226-277758