Michigan Republic

AFFIDAVIT OF FACT:

NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND CONTEST ACCEPTANCE

FILED FEB 27 2019 CLERK'S OFFICE DETROIT

RECEIVED FEB 27 2019 CLERK'S OFFICE U.S. DISTRICT COURT

To: Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan

RE: Affidavit of Fact/Writ of Discovery (RYON LENELL TRAVIS Case number 2:16-CR-20227 UNITED STATES DISTRICT COURT SOUTHEAST DISTRICT OF MICHIGAN SOUTHERN DIVISION)

Date: February 24, 2019

Dear Sara D. Woodward et al, hereinafter respondent

On December 26, 2018, a Writ of Discovery was filed with the Clerk of the court in the form of an Affidavit of Fact. Writs are lawful correspondents and must be answered and "Indeed, no more than affidavits is necessary to make a prima facie case". (United States v. Kis, 658 F 2nd, 526, 536 (7th Cir. 1981)) as an un-rebutted affidavit becomes the judgement in commerce. Title 27 C.F.R. § 72.11 describes all crimes to be commercial and shall be treated as such.

Pursuant to Title 5 U.S.C. § 552(a), Public Officials are required to provide certain information when requested. The Affidavit of Fact/ Writ of Discovery filed on December 26, 2018 requested the following information from all Public Officials who has touched or is any way

involved with this case including but not limited to all government officials, employees, Judges, Prosecutors, agents and clerks;

1. A certified written Delegation of Authority Order.
2. Oaths of Office.
3. Oaths of Ethics.
4. Bond Numbers.
5. Names, Addresses and Telephone numbers of their public hazard and malpractice bonding company.
6. Policy numbers of their bonds.
7. A copy of the policy describing the bonding coverage of their specific job performance.

The Affidavit of Fact/Writ of Discovery filed on December 26, 2018 is a lawful Quo Warranto/Averment of Jurisdiction governed by the laws of the republic and a formal Request and Command for all to produce for the record the physical documented information as proof of their Jurisdiction and Authoritive Capacity. If they don't provide it then they don't have it.

All respondents has failed to perform and has not provided the requested information and are in agreement by default that no public official meets the requirements to perform in the public or in an authoritive capacity. All parties also agrees that this Court does not have jurisdiction in this matter lacking a certified written Delegation of Authority Order by which this Case number 2:16-CR-20227 shall be dismissed with extreme prejudice.

You have the right to cure this fault and perform according to

said terms within three (3) days from the postmark of this Notice. Should you fail to cure your fault, this Notice and the undersigned's final Notice of Default/Res Judicata will establish the fact in the record of your 'acceptance, agreement and general acquiescence' to the matter. Please show from where you derive your authority.

Thank you for your prompt attention to this Affidavit of Fact/Notice of Default.
Respectfully...

By: ryon-
Ryon Lenell Travis, Authorized Representative

Witness: Jordan Brown

Witness: Richardo Urbina

C.C. My file and all other parties

RYON TRAVIS 54525-039
FEDERAL DETENTION CENTER
P.O. Box 1000
MILAN, MICHIGAN 48160

◇54525-039◇
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

RECEIVED
FEB 27 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

