Michigan Republic

To: Theodore Levin
United States Courthouse
231 West Lafayette
Boulevard
Detroit, Michigan

RE: UNITED STATES V. RYON LENELL TRAVIS
Case Number 16-CR-20227

C.C. My file and all other parties everything contained herein.

Enclosed is the following:

1. Affidavit of Non-Jurisdiction
2. Affidavit of Declaration
3. Affidavit Denying Corporate Existance
4. Common Law Notice
5. Affidavit of Copyright Notice
6. Affidavit of Acknowledgement
7. Affidavit of Reservation of Rights
8. Affidavit of Truth
9. Public Notice
10. Civil Order
11. Universal Declaration of Human Rights

FILED
MAR - 4 2019
CLERK'S OFFICE
DETROIT

Sent on February 28, 2019          Seal
By: ryon-lenell:travis
Ryon Lenell Travis, Authorized
Representative

Michigan Republic

Case Number: 2:16-CR-20227

Noble ryon-lenell:travis
  Affiant/Belligerent Claimant

v.

UNITED STATES OF AMERICA et al,
UNITED STATES DISTRICT COURT
mona-K:majzoub
david-r:grand
bernard-a:friedman
barbara:mcquade
matthew-a:roth
sara-d:woodward
andrea:hutting
adriana:dydell
  Wrongdoer/Respondent

AFFIDAVIT OF NON-JURISDICTION
AND NOTICE OF:
  Title 18 U.S.C. Section 1201(c)-Conspiracy to Kidnap
  Title 18 U.S.C. Section 1341 - Fraud
  Title 18 U.S.C. Section 241 - Conspiracy Against Rights
  Title 18 U.S.C. Section 242 - Deprivation of Rights Under Color of Law
  AND CONSTITUTIONAL VIOLATIONS OF:
  AMENDMENT 1 - RELIGIOUS FREEDOM
  AMENDMENT 5 - DUE PROCESS
  AMENDMENT 6 - RIGHTS OF THE ACCUSED
  AMENDMENT 8 - EXCESSIVE FINES
  AMENDMENT 14 - EQUAL PROTECTION

— 2

and also HUMAN RIGHTS VIOLATIONS OF:

ARTICLE 3- Everyone has the right to Life, Liberty and Security of Person.

ARTICLE 4- No one shall be held in slavery or Servitude; Slavery and the Slave Trade shall be prohibited in All their Forms.

ARTICLE 5- No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment

ARTICLE 9- No one shall be subjected to Arbitrary arrest, Detention or exile.

ARTICLE 12- No one shall be subjected to Arbitrary Interference with his Privacy, Family, Home or Correspondence, nor to Attacks upon his Honour and Reputation. Everyone has the right to the Protection of Law Against such Interference or Attacks

ARTICLE 15- Everyone has the Right to a Nationality.; No one shall be Arbitrarily Deprived of his Nationality nor Denied the Right to Change his Nationality.

ARTICLE 18- Everyone has the Right to Freedom of Thought, Conscience and Religion; this Right includes freedom to Change his Religion or Belief, And Freedom, either Alone or in Community with Others And in Public or Private, to Manifest his Religion or Belief in Teaching, Practice, Worship and Observance.

ARTICLE 19- Everyone has the Right to Freedom of Opinion and Expression; this Right includes Freedom to Hold Opinions without Interference and to Seek, Recieve and Impart Information and Ideas through Any Media and Regardless of Frontiers.

ARTICLE 30- Nothing in this Declaration may be interpreted as implying for any State, Group or Person any Right to Engage in Any Activity or to Perform Any Act aimed at the Destruction of Any of the Rights and Freedoms set forth herein.

-2

<u>NATURAL AND LEGAL RIGHTS</u> : NATURAL RIGHTS are those that are not dependent on Laws or Customs of Any Particular Culture or Government and therefore are Universal and Unalienable (i.e. Rights that Cannot be Repealed or Restrained by Human Laws). LEGAL RIGHTS are those bestowed onto a person by a given Legal System (i.e. Rights that can be Modified, Repealed and/or Restrained by Human Laws) These said Laws are from the Bill of Rights of the united States Constitution. The Bill of Rights Amendments add to the Constitution specific guarantees of Personal Freedoms and Rights. Clear limitation on the Government's Power in Judicial and Other Proceedings and Explicit Declarations that All Powers Not Specifically Delegated to Congress by the Constitution are Reserved for the States of the People (Bill of Rights, U.S. Constitution).

- Supreme Court (Hale v. Henkel, 201 U.S. 43 at 47[1905])
   "The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to Carry On His Private Business in His Own Way. His Power to Contract is Unlimited. He owes No Such Duty [to Submit his Books and Papers for an Examination] to the State, since he receives nothing therefrom, beyond the Protection of His Life and Property. His Rights are such as existed by the Law of the Land [Common Law] Long Antecedent to the Organization of the State and can only be taken from him by Due Process of Law and in Accordance with the Constitution. Among his Rights are a Refusal to Incriminate Himself and the Immunity of Himself and His Property from Arrest or Seizure except Under a Warrant of the Law. He Owes Nothing to the Public so long as he Does Not Trespass upon their Rights".

   The person's houses, papers and possessions of every individual shall be secured from unreasonable searches and seizures; and no warrant to search any place, or to seize any person or thing shall issue without describing them, nor without probable cause supported by Oath or Affidavit (Article 1, Section 8, Bill of Rights 1835 Michigan

-3

onstitution).

<u>Notice of Special Restricted Appearance</u>: RYON LENELL TRAVIS (Pure Trust Organization) on behalf of Noble ryan-lenell:travis© Beneficiary, Owner and First Lien Holder of RYON LENELL TRAVIS (Instrument Number 2015440005, Liber Number 52597, Page 162) doing business as Noble ryan-lenell:travis

<u>Judicial Notice and Demand by Affidavit to</u>
<u>Clarify Character of Court's Jurisdiction</u>:

This Entire Document exists and is presented for the Sole Purpose of "Challenging any Presumed Jurisdiction" of this or any Court, Over or Upon this Affiant; all statements being made to Declare Perpetually that you DO NOT have Jurisdiction and why (for purpose of Clarity) you do not have Jurisdiction.

This Document Is an "Appearance", Special-Restricted Appearance. The mere use of the term "Special" does not necessarily cause an appearance to be such. To constitute a Special Appearance only, it must be special in name and in fact, and must not do other than to require the Court to hold that it has no Jurisdiction. (State Ex Rel. Livingston v. Superior Court, 175 Wash. 405, 408, 27 P 2d 729 [1933]).

<u>Other Notes</u>: The language of the motion here goes no further than the language of the motion considered in (Matson v. Kennecott Mines Co., 103 Wash. 499, 175 Pac. 181). Here, the Court was asked to "Vacate, Setoff and Quash". There, the language was in the same identical word and we there said:

"Clearly there was no invoking of the Court by asking for the rendition of a judgement or order in the case such as the Court can only render when it has Jurisdiction of the person of the parties to the action. Under our Statute, Rem.

−4

Code. SS 241 and under all the authorities, this constitutes a Special Appearance only." See, Rauch v. Zander, 134 Wash. 40, 234 Pac. 1039

• NOTICE of the stopping and stipulations of the constitutional challenge to all state statutes or any other state or federal, where general law affecting private rights shall not be barred in any particular case by special legislation, except with the consent in writing of all to be affected thereby. A motion to intervene with an injuction for RYON LENELL TRAVIS doing business as Noble ryan-lenell:travis.

• TAKE NOTICE that I, Noble ryan-lenell:travis©, Beneficiary and First Lein Holder (Instrument Number 2015440005, Liber Number 52597, Page 162) of the 14th Amendment Person RYON LENELL TRAVIS. Corps Soul doing business as Noble ryan-lenell:travis did not consent for me or my property to being a 14th Amendment Citizen of the United States, State of Michigan or any other State.

• TAKE FURTHER NOTICE that I, Noble ryan-lenell:travis© is protected by the 1787 "Treaty of Peace and Friendship between Morocco and the United States". This is the oldest unbroken treaty in the World. Since the year One Thousand Two Hundred (1200). See Article 25 in the Treaty of Peace and Friendship between Morocco and the United States.

• (ARTICLE 6 OF THE TREATY OF PEACE AND FRIENDSHIP BETWEEN MOROCCO AND THE UNITED STATES): "If any Moor shall bring Citizens of the United States or their effects to his Majesty, the Citizens shall immediately be set at Liberty and the efforts restored, and in like manner, if any Moor not a subject of the Citizens of America or their effects and bring them into any of the Ports of his Majesty, they shall be immediately released as they will be considered as Under his Majesty's Protection.

— 5

Michigan Republic

Case Number: 2:16-CR-20227
Judge: Friedman, Bernard A.
MJ: Grand, David R.
Filed: 03-31-2016 At 03:12 PM
RE: Affidavit RYON LENELL TRAVIS (DP)

## AFFIDAVIT

Declaration and Claim of Beneficial Ownership and Title Estate:

Re: Certificate of Live Birth - 0153681079O

Equity is Paramount and Mandatory by Law

[WITH TRUST] To all whom these presents shall come, I ryan-lenell:travis a Natural Person and original Moorish American man, Affiant, (herein after Registered Owner), duly Affirm, Declare and state that I am of full age and legally competent to have firsthand knowledge of the facts stated herein to be true and correct to the best of my knowledge of facts stated herein. I also depose and say that I am the registered owner and holder of the Certificated Security and/or Certificate of Live Birth number: 0153681079O whose name also appears on the face of the instrument as RYON LENELL TRAVIS, date of birth January 21, 1984 by reference to the Official Certificate of Live Birth (Title) recorded and filed in the Office of the Clerk, County Wayne, Michigan Land, as the same appears to be held for safekeeping by the State Registrar of Titles. Said Certificate is a valid Trust Instrument and further describes the same property that is an active Trust/ Estate conveyed unto Affiant (Registered Owner) as set forth in the above mentioned Certificate of Title and all financial assets, accounts, registered securities, entitlements, real, corporeal and other property that are associated with the m.

1

name(s) of RYON LENELL TRAVIS© or RYAN LENELL TRAVIS© with said Trust/
Estate (whether now owned or hereinafter acquired). Under Right of Claim/
Article iv, Section 1, Rule 220. Birth Certificates Full Faith and Credit and holder
in Due Course Affiant (Registered Owner) is the one legally entitled and duly
authorized to act, appoint, assign, convey and/or execute said Trust/Estate. No
other parties are allowed without consent from Entitlement Holder/Registered
owner.

I, am ryan-lenell:travis, the registrant and holder of Superior Claim of use
of Title for RYON LENELL TRAVIS©, RYAN LENELL TRAVIS©, as well as any and
all derivatives and variations in the spelling of Trade-Name/Trade-Mark
Common-Law Copyright.

Date: 12-25-18

Prepared by: Noble ryon lenell:travis
                  Noble Ryon Lenell Travis

[AND IT IS SO ORDERED]

2

..chigan Republic

Case Number : 2:16-CR-20227
Judge : Friedman, Bernard A.
MJ : Grand, David R.
Filed : 03-31-2016 At 03:12 PM
RE : Affidavit Denial of Corporate Existance

## AFFIDAVIT

Denial of Corporate Existance :

In the Natural and Common Law Jurisdiction of Yahweh The Great Malak and Majesty, Absolute Sovereign Creator and Ruler of the Heavens and the Earth.

I, noble ryan-lenell:travis, a flesh and blood man created by Yahweh The Great Malak and Majesty and "subject to" his Ben (Son) ~~Yah~~ Yashuwah, under the stern penalty of The Wrath of Yahweh The Great Malak and Majesty. The Affiant do hereby so solemnly Declare and Attest on this 17th day of the 9th month of the [pagan] year 2018 the following to be the Truth, the Whole Truth and Nothing but the Absolute Truth :

1) I, noble ryan-lenell:travis am not incorporated, an individual, an entity, a corporation, a citizen, a taxpayer, nor any other type of corporate entity whatsoever.;

2) I, noble ryan-lenell:travis am a descendant of Victims of the Terrorist Trans-Atlantic Kidnapping, Torture and Forced Labor Trade, the very same people who Yahweh The Great Malak and Majesty Forever called his real and only Chosen People in Deuteronomy Chapter 28:1-68. "Deu 28:68 Yahweh will bring

1

... v into Egypt again with ships, by the way of which I told to you that you ~~will~~ would never see it again. There you will sell yourselves to your enemies for male and female slaves and nobody will buy you."

"Exo (Exodus) 20:1-3 [1] God spoke all these words saying, [2] I am Yahweh your God, who brought you out of the land of Egypt, out of the house of bondage. You [3] shall have no other gods before me.

3) The Fictitious Fantasy known as The United States is situated upon land stolen from it's lawful owners, the "so-called" North American Indians by European Butchers who used genocide, biological warfare (blankets that were laced with the smallpox virus), rape, mayhem, slaughter and vexation to exterminate a gentle people who were minding their own busy-ness.

4) Yahweh The Great Malak and Majesty has never relinquished His Sovereign and Absolute Jurisdiction over myself, noble ryan-lenell:travis.

5) I, noble ryan-lenell:travis was born in Territory that is Wholly Owned by Yahweh The Great Malak and Majesty and governed by his Ben Yashuwah and therefore I am subject to Yashuwah alone.

6) I, noble ryan-lenell:travis serve Yahweh The Great Malak and Majesty and keep the testimony of Yashuwah, and Yahweh The Great Malak and Majesty has removed his curses from off of me and has placed his curses upon Our European Oppressors and Enemies.

"Deu (Deuteronomy) 30:1-7 [1] It shall happen, when all these things have come on you, the blessing and the curse, which I have set before you, and you shall call them to mind among all the nations, where Yahweh your God has driven you, [2] and

2

...urn to Yahweh your God, and obey his voice according to all that I command you today, you and your children, with all your heart and with all your soul, [3] that then Yahweh your God will release you from captivity, have compassion on you and will return and gather you from all the peoples where Yahweh your God has scattered you. [4] If your outcasts are in the uttermost parts of the heavens, from there Yahweh your God will gather you and from there he will bring you back. [5] Yahweh your God will bring you into the land which your fathers possessed and you will possess it. He will do you good and increase your numbers more than your fathers [6] Yahweh your God will circumcise your heart and the heart of your offspring to love Yahweh your God with all your heart and with all your soul, that you may live. [7] Yahweh your God will put all these curses on your enemies and on those who hate you, who persecute you.

7) ALL SO-CALLED MAN-MADE CORPORATIONS, ENTITIES AND SO-CALLED GOVERNMENTS ARE IDOLS AND GRAVEN IMAGES.

8) All Lawyers, Attorneys, Judges and Court Staff whatsoever are the very Priest of Ba'al whose Real Name is Nimrod.

I, noble ryan-lenell:travis HEREBY DENY AND ABSOLUTELY REJECT THE IDOLATROUS AND FANTASY EXISTANCE OF THE FOLLOWING idolatrous FANTASIES (CORPORATIONS):

THE USA, THE UNITED STATES OF AMERICA AND SUB-CORPORATIONS THEREOF, The United States of America, America, THE U.S.A., THE STATE OF MICHIGAN, THE COUNTY OF WAYNE, THE CITY OF DETROIT, THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, RYON LENELL TRAVIS and ALL SPELLING DERIVATIVES THEREOF, THE INTERNAL REVENUE SERVICE, THE SOCIAL SECURITY ADMINISTRATION, THE CITY OF DETROIT POLICE DEPARTMENT, THE FEDERAL ~~OF~~ BUREAU OF INVESTIGATIONS, FRIEND OF THE

3

...URT, THE CITY OR STATE AND ALL OTHER CORPORATE MEMBERS WHO ARE OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST My Yahweh Created Flesh and Blood Body.

I, noble ryan-lenell:travis have never had any type of "Nexus" with any of the aforementioned fantasies whatsoever.

Noble ryan-lenell:travis, By Special Appearance, In the Living Flesh and Blood, executed Without "The United States" before Yahweh The Great MalaK and Majesty!

I do so solemnly Attest before Yahweh The Great Malak and Majesty under the penalty of the Wrath of Yahweh The Great Malak and Majesty that all within this Document is the Truth, the Whole Truth and Nothing but the Absolute Truth Autographed in my very Own Blood WITH ALL RIGHTS RESERVED!

By: Noble ryan-lenell:travis
    Noble ryan-lenell:travis republic

In the Living and Breathing "Never Incorporated"
Flesh and Blood "Never Lost at Sea"
Nor "Dead in the Water" with the Autograph

ACKNOWLEDGEMENT

The MICHIGAN REPUBLIC (STATE)

The WAYNE COUNTY

4

Michigan Republic

ryan-lenell:travis, private man, sui juris
"In Care Of" Post Office Box 1000, General Post Office
Milan, Michigan Republic, without [48160]

bernard-a:friedman, private man, sui juris
"In Care Of" [Federal Building] and [United States] Courthouse
231 West Lafayette Boulevard, General Post Office
Detroit, Michigan State, without [48226]

Date: 17th Day of the 9th Month in the [pagan] year 2018
Via "united States of America", General Post Office

RE: Common Law Notorious Administrative, Constructive and Notice

Pursuant to "Proclamation 93- Declaring the Objectives of the War including the Emancipation of Slaves in Rebellious States on January 1, 1863" issued by Abraham Lincoln, President, United States of America on September 22, 1862 and United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841), Supreme Court of United States of America and The May 14, 1772 "Somerset v. Stewert" case Decided by Lord Mansford of his Royal Britannic Majesty's Bench.

SERVING NOTICE upon bernard-a:friedman, a private and competent full liability man, sui juris

RE: COMMON LAW NOTICE OF LIVING AND BREATHING, NEVER "LOST AT SEA" NOR "DEAD BEYOND SEA" STATUS PURSUANT TO THE CESTUI QUE ACT OF 1666, AS ENACTED BY PARLIAMENT.

1

NOTICE TO AGENTS AND/OR OFFICERS IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENTS AND/OR OFFICERS.

NOTICE TO bernard-ai:friedman IS NOTICE TO andrea:hutting AND TO EVERY MAN AND EVERY WOMAN IN BOTH THE EXECUTIVE AND JUDICIAL BRANCHES OF THE Republic Government For the united States of America.

RE: NATURAL AND COMMON LAW NOTICE OF APPOINTMENT OF SPECIAL TRUSTEE

TAKE NOTICE! District Court Judge james-alger:fee Ruled as follows "The privilege against self-incrimination is neither accorded to the passive resistant, nor to the person who is ignorant of his rights, nor to one indifferent thereto. It is a FIGHTING clause. It's benefits can be retained only by sustained COMBAT. It cannot be claimed by ATTORNEY or SOLICITOR. It is valid only when insisted upon by a BELLIGERENT CLAIMANT IN PERSON." McAlister v. Henkel, 201 U.S. 90, 26 S.Ct. 385, 50 L.Ed. 671; Commonwealth v. Shaw, 4 Cush. 594, 50 Am. Dec. 813; Orum v. State, 38 Ohio App. 171, 175 N.E. 876. "The one who is persuaded by honeyed words or moral suasion to testify or produce documents rather than make a last ditch stand, simply loses the protection... He must refuse to answer or produce, and test the matter in contempt proceedings, or by habeas corpus". [Emphasis Added.]

TAKE FURTHER NOTICE! PURSUANT TO THE CESTUI QUE VIE ACT OF 1666! Noble ryan-lenell:travis, the Creation and Soul Property of Yahweh The Great Majesty, a Living and breathing, flesh and blood private man, sui juris, ryan-lenell:travis' Appellation being "styled" ryan-lenell:travis to the exclusion of all other styling, being "Alive and Never Lost at Sea" and not ever nor ever will be the fictitious juristic "person" RYON LENELL TRAVIS, ryan-lenell:travis recognized not RYON LENELL TRAVIS [THE ALLEGED BIRTH CERTIFICATE AND DEFENDANT] and recognize not any of its [Contracts, Agreements, Compacts or Franchises] whatsoever! Noble ryan-lenell:travis is not, cannot ever be, nor

2

ever will be, By Virtue of the 6th Day of the 3rd Month of the [pagan] year 1857 "Dred Scott v. Sanford" Decision issued by the Supreme Court of The United States of America, a [United States] "slave" [Citizen] and Be It Enacted Pursuant to United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841) and "Proclamation 93- Declaring the Objectives of the War Including Emancipation of Slaves in Rebellious States on January 1, 1863" issued by Abraham Lincoln, President, United States of America and The May 14, 1772 "Somerset v. Stewert" case Decided By Lord Mansford of his Royal Britannic Majesty's King's Bench and Proclamation 95- Regarding the Status of Slaves in States in rebellion against the United States [Emancipation Proclamation] January 1, 1863, Noble ryan-lenellitravis Hereby Assert and Fully Execute Free Status and Absolute Right to be left alone and Ruthlessly Defend against any and all Enslavers.

Abraham Lincoln, President, united States of America, in his aforementioned Proclamation 95, gave our People One Order and One Order Only which reads as follows: "And I hereby enjoin upon the people so declared to be free to <u>abstain from all violence</u>, unless in necessary self-defense; and I recommend to them that, in all cases when allowed, they labor faithfully for reasonable wages" and in Proclamation 93 forever defined the length of our freedom as "Thenceforward, and forever free". The "Law Dictionary adapted to the Constitution of The United States of America, and of the Several States of The American Union, with reference to the Civil and other Systems of Foreign Law" By John Bouvier, paid for and Commissioned The Congress of The ~~United St~~ united States of America and Recognized and Used by The Congress of The united States of America, The Supreme Court united States of America, and The President of the united States of America defines "Free" as: "Not Bound to Servitude, at Liberty to Act as One Pleases", no other definition is recognized, and as an Officer For The Executive Branch of The Government For The united States of America, You bernard-a:friedman also known as john-henry:doe are required to both Recognize and Maintain our freedom as Ordered by Your President, Abraham Lincoln, President for the united States of America.

3

As the Head of Your [Office] and as an Officer [United States Attorney] for the united States of America, You are Fully Privately and Professionally "Liable For" and "Guilty Of" All Malfeasance Committed by Any Man or Any Woman in Your [Office] Past, Present and Future and by Your Meddling in Noble ryan-lenell:travis' Private Affairs and You, bernard-a:friedman "also known as" john-henry:doe, Perpetually and Irrevocably Consent and Agree to Serve as the Trustee for the Fictitious RYON LENELL TRAVIS at your own "Private" financial and criminal expense and BE IT ENACTED You, bernard-a:friedman "also known as" john-henry:doe, are Hereby perpetually Appointed The "Special Trustee" Of and are required to Discharge the Matter Contained in Case Number 2:16-CR-20227.

FAILURE TO DISCHARGE will result in All Natural (Commercial) and Common Law Remedies and Penalties being immediately imposed upon you Including The Imposition RYON LENELL TRAVIS' Prison Sentence!

Also Take Notice! Your "understanding" has no relevance or bearing in or upon this matter. By Pleading Incompetent, you Plead Absolutely and Irrevocably Guilty to the Natural Law and Common Law Crime of "Manstealing" and Fully Agree to Suffer the Penalty listed in Deuteronomy 21:16. To the Very Best of All Direct Knowledge, No Living and Breathing, Flesh and Blood Man or Woman in and under His or Her Private and Commercial Liability has accused Noble ryan-lenell:travis of any Violence. To the Very Best of All Direct Knowledge, Noble ryan-lenell:travis is at peace with all men and women and will not in any way, shape, form or fashion tolerate any type of belligerence from anyone or any thing!

Noble ryan-lenell:travis hereby revoke, repudiate and rescind All "Alleged" "Signatures" and "Autographs" affixed upon all revealed and unrevealed Contracts where upon the FICTITIOUS NAME [RYON LENELL TRAVIS] Is/Was "ALLEGEDLY"

4

AFFIXED and the CONTRACTS whereupon said "ALLEGED" [SIGNATURES] and AUTOGRAPHS are/were affixed including but never limited to all [SOCIAL SECURITY AGREEMENTS], ALL [INTERNAL REVENUE SERVICE FORMS], ALL [SURETY BONDS], ALL [BAIL BONDS], [LICENSING AGREEMENTS] and ALL OTHER AGREEMENTS, CONTRACTS, WRITINGS WHATSOEVER without any regard for it's NAME/APPELLATION!

Sincerely,
IN THE LIVING AND
BREATHING FLESH
AND BLOOD

By: Noble ryon-lenell:travis

    Noble ryon-lenell:travis, Minister Plenipotentiary's

5

PRIVATE PROPERTY

NO TRESPASSING ALLOWED!!!

PRIVATE PROPERTY

NO TRESPASSING ALLOWED!!!

*EXHIBIT 1A*

# Affidavit of Copyright Notice

<u>Copyright Notice:</u> All rights reserved re common-law copyright of trade-name/trademark, RYAN LENELL TRAVIS© as well as any and all derivatives and variations in the spelling of said trade-name/ trademark – Copyright 2002© by Tryan Lenell Travis. Said trade-name/trademark RYAN LENELL TRAVIS© neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Tryan Lenell Travis subscribed with the red-ink signature of Ryan Lenell Travis hereinafter Secured Party. <u>With the intent of being contractually bound,</u> any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivation of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgement of Secured Party, subscribed with Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of RYAN LENELL TRAVIS© **and all such Unauthorized use is strictly prohibited.** / Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "RYAN LENELL TRAVIS", nor any derivative of, nor any variation in the spelling of, said name nor for any other juristic person, and is so indemnified and held harmless by Debtor, i.e. "RYAN LENELL TRAVIS" in Hold-Harmless and Indemnity Agreement No. RLT-01212002-HHIA dated the Twenty Firsth day of the Firstth month in the Year Two Thousand and Two against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose and cause whatsoever. **Self-existing Contract/ Security Agreement in Event of Unauthorized Use:** / By this Copyright Notice, **both the** Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User", consent and agree that any use of RYAN LENELL TRAVIS© other than authorized use as set forth above constitutes unauthorized use of Secured Party's copyrighted property, contractually binds User, / this Notice by Declaration becomes a Security Agreement wherein User is debtor and Ryan Lenell Travis is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and rights in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurrence of use, plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of RYAN LENELL TRAVIS©; (2) authenticates this Security Agreement wherein User is debtor and **TRyan Lenell Travis** is Secured Party, / and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents and general intangibles, and all User's rights in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein user is debtor and **Ryan Lenell Travis is Secured Party;** (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in property pledged as collateral in this Security Agreement described above in paragraph "(2)", until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)", as well as in paragraph "(4)", and the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)", and "(5)" above are not, and may not be considered bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment terms" and all actions on behalf of User

including, but not limited by, authentication of a record on behalf of User, as Secured Party in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Secured Party's sole discretion, deems appropriate, and User as Authorized Representative for user effective upon User's default, is irrevocable and coupled with a security interest. **User further consents and agrees with all of the following additional terms of Self-executing Contact/Security Agreement in Event of Unauthorized Use:** Payment Terms: In accordance with fees for unauthorized use of RYAN LENELL TRAVIS°, as set forth above, **User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full** within ten (10) days of date Secured Party's invoice, hereinafter "invoice", itemizing said fees, is sent. **Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date invoice is sent, User shall be deemed in default and (a) all of User's property and rights in property as collateral by User, as set forth above in paragraph "(2)", immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by sale at auction, at any time following User's default, and without further notice, any and all of User's former property and rights in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized use", that Secured Party, again in Secured Party's sole discretion, deems appropriate. **Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms", irrespective of any and all of user's former property and rights in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms", User may cure User's default re only the remainder of User's former property and rights in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by Secured Party within twenty (20) days of date of User's default only by payment in full. **Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and rights in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. **Record Owner: RYAN LENELL TRAVIS-** Autograph Common Law Copyright° 2015.

Copyrighted Nunc pro tunc; Drafted and Dated the 2 3 day of *November* in the Year Two Thousand 15 A.D.

Without Prejudice UCC 1-207, UCC 1-308

Copyrighted *Ryan Lenell Tr~~~~*

Ryan Lenell Travis, Secure~~~~

State of Michigan)
County of Wayne) ss

On this 23rd of November , 2015, before me, the undersigned, a Notary Public for Wayne County, appeared Ryan Lenell Travis. known to be the one whose name is signed on this instrument, and acknowledged that he executed the same as his free act and deed.

Notary Public

**MARTEZ HALL
Notary Public
State of Michigan
County of Wayne
My Commission Expires 05-20-2022**

2 of 2

*EXHIBIT 1B*

## AFFIDAVIT OF ACKNOWLEDGEMENT
### Grant of Exclusive Power of Attorney to Conduct all
### Tax, business, and legal affairs of principal person.

### POWER OF ATTORNEY
### nunc pro tunc

I, **Ryan Lenell Travis, DEBTOR,** being of sound mind do hereby appoint **Ryan Lenell Travis©,** Creditor, c/o [16255] Tuller St., Michigan [48221] Republic as my Private Attorney-in-Fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitations on the powers necessary to carry out this exclusive purpose of Attorney in Fact as authorized:

(A) To take possession of, hold, and manage my real estate and all other property;

(B) To receive money or property paid or delivered to me from any source;

(C) To deposit funds  make withdrawals from, or sign checks or drafts against any accounts  standing in my Straw Man's name or Secured Party name individually or jointly in any bank or other depository,  to cash coupons, bonds, or certificates of deposit to endorse checks, notes or other documents in my name individually, and  otherwise to conduct bank transactions or business for me in my name;

(D) To pay my just debts and expenses, including reasonable expenses incurred by my Attorney In Fact **Ryan Lenell Travis.-©,** in exercising exclusive power of attorney; ,

(E) To retain any investment, and to invest in stock, bonds or other securities, or in real estate or other property;

(F) To give general and special proxies or exercise rights of conversion or right with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join any organization and pay an assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such consideration and on such terms as my Attorney in Fact, **Ryan Lenell Travis©** may consider prudent;

(H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to plant, cultivate, harvest and  sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;    To provide for the use, maintenance, repair, security or storage of my tangible property; and

(I) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as Attorney in Fact, **Ryan Lenell Travis-©,** may  consider prudent.

1 of 2

The Creditor, **Ryan Lenell Travis©,** named herein on this Form UCC 1 and Commercial Security Agreement filed with the Secretary of State of Michigan is authorized by law to act for and in control of the **DEBTOR, RYAN LENELL TRAVIS,** any derivative thereof. In addition, through the Power of Attorney to contract for all business and legal affairs of the principal person, **Ryan Lenell Travis.**

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my Attorney-in-Fact may obligate me in these matters, and I forfeit capacity to obligate **Ryan Lenell Travis©.**

Executed and sealed by the voluntary act of my own hand, this _23_ Day of _November_, 2015

I Am

This instrument was prepared by **RYAN LENELL TRAVIS.**

## Acceptance
**GRANTOR**

_Ryan Lenell Travis_ – RYAN LENELL TRAVIS

I, the above named exclusive attorney-in-fact, do hereby accept the fiduciary interest of the herein-named Debtor, Grantor will execute the herein-granted power-of-attorney with diligence.

_Ryan Lenell Travis_
Ryan Lenell Travis, Creditor/Secured Party
Attorney-in-Fact

Witness _Mehelrty Ka El_
Witness _Daniella Hall_

State of Michigan)
County of Wayne) ss.

On this _23rd_ day of _November_, 2015, before me, the undersigned, a Notary Public for Wayne County, Michigan, personally appeared the above-signed, Ryan Lenell Travis., known to me to be the one whose name is signed in the instrument, and has acknowledged to me he has executed the same.

Signed: _Martez Hall_                    My Commission Expires: _5/20/2022_
~~MARTEZ HALL~~
Notary Public
State of Michigan
County of Wayne
My Commission Expires 05-20-2022

2 of 2

2015440005    Page 8 of 19

*EXHIBIT 1C*

Official
Affidavit of reservation of rights UCC 1-308/1-207

PUBLIC
THIS IS A PUBLIC COMMUNICATION TO ALL
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

Ryon Lenell Travis, sui juris
All rights reserved UCC 1-308/1-207
16255 Tuller St.
Detroit, MI 48221
Phone: [313-208-9579 ]
Non-domestic without the United States

Let it be known to all that I, Ryon Lenell Travis explicitly reserves all of my rights. See UCC 1-308 which was formally UCC 1-207.
"§ 1-308. Performance or Acceptance Under Reservation of Rights.
(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."
I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.
Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and reject any attempted expatriation. See 15 united States statute at large, July 27th, 1868 also known as the expatriation statute
Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

## AFFIDAVIT

Affiant, Ryon Lenell Travis, sui juris, a natural born Citizen of Michigan in its dejure capacity as a republic and as one of the several states of the union created by the constitution for the united States of America 1777/1789. This incidentally makes me an American national and a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.
Signed By: *Ryon Lenell Travis* sui juris, This Affidavit is dated *11-23-15*

NOTARY PUBLIC
State *Michigan*    County *Wayne*
Subscribed and sworn to before me, a Notary Public, the above signed Ryon Lenell Travis,
This *23rd* day of *November* *2015* year

Notary Public
MY COMMISSION EXPIRES: *5/20/2022*

**MARTEZ HALL**
**Notary Public**
**State of Michigan**
**County of Wayne**
**My Commission Expires 05-20-2022**

Sovereign Authority



Page 1

```
Recording requested by,                    )
Trustee Ryan Lenell Travis                 )
And when recorded return to:               )
                                           )
Name Ryan Lenell Travis                    )
Nonresident/Non Domestic                   )
First Class, U.S. Delivery                 )
Care of 16255 Tuller                       )
Detroit,Michigan Republic state            )
near 48221                                 )
                         (Space above this line for recorder's
                         use only.)
```

Common Law Copyright by Sovereign Services

# AFFIDAVIT OF TRUTH

Be it known to all courts, governments, and other parties, that I, **Ryan Lenell Travis**, am a natural, freeborn Sovereign, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

My authority for this statement is the same as it is for all free Sovereigns everywhere: the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign Individual.

I am not a "person" when such term is defined in statutes of the United States or statutes of the several states when such definition includes artificial entities. I refuse to be treated as a federally or state created entity which is only capable of exercising certain rights, privileges, or immunities as specifically granted by federal or state governments.

I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am not of subject status. Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime; and am therefore not subject to any penalty.

I act in accordance with the following U.S. Supreme Court case:

> "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."
> **Hale v. Henkel**, 201 U.S. 43 at 47 (1905).

Thus, be it known to all, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid

voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my natural common law rights, and, as such, **Take Notice** that I revoke, cancel, and make void ab initio my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.

This position is in accordance with the U.S. Supreme Court decision of **Brady v. U.S.**, 379 U.S. 742 at 748 (1970):



> "Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

Typical examples of such compelled and pretended "benefits" are:

1.  **The use of Federal Reserve Notes to discharge my debts.** I have used these only because in America, there is no other widely recognized currency.

2.  **The use of a bank account, with my signature on the bank signature card.** If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obligated to fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.
    Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the Federal Reserve system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the United States Constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

3.  **The use of a Social Security number.** The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is *not* because I wish to participate in the Social Security system, as I don't wish to participate. Let it be known that I use the Social Security number assigned to me *for information only.*

4.  **The use of a driver's license.** As a free Sovereign, there is no legal requirement for me to have such a license for travelling in my car. Technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be ticketed and fined or obligated to appear in court. Therefore, under duress, I carry a license to avoid extreme inconvenience.

5.  **State plates on my car.** Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle," which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have any other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6.  **Past tax returns filed.** Any tax returns I may have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the Internal Revenue Service (IRS) and the local assessors' offices; not because there is any law requiring me to do so. Once I discovered that the IRS and other tax agencies have been misinforming the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were filed under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of returns or payments that created any valid contract. Therefore, no legal obligation on my part was ever created.

7.  **Birth Certificate.** The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

8. **Marriage license.** The acquisition of a marriage license is now being revealed as being necessary only for slaves. The act of a Sovereign such as myself obtaining such a license, through social custom and ignorance of law, has no legal effect in changing my status. This is because any such change in status, if any may be supposed to occur, could happen only through a hidden and unrevealed contract or statute. Since no hidden, unrevealed, and undisclosed information, if it exists, can be lawfully held to be binding, it is null and void.

9. **Children in public school.** The attendance of my children in government-supported "public" schools or government-controlled "private" schools does not create any legal tax obligation for me, nor any other legal obligation, because I never signed a contract agreeing to such obligation for the supposed "privilege" of public school attendance.
   If any of my children have attended government supported "public" or controlled "private" schools, such was done under duress and not out of free will. Be it known that I regard "compulsory state education" as a violation of the Thirteenth Amendment to the U.S. Constitution, which states in relevant part:

   > "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

10. **Declaration of Citizenship.** Any document I may have ever signed, in which I answered "yes" to the question, "Are you a U.S. citizen?" - cannot be used to compromise my status as a Sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract.
    I am not a "United States" citizen subject to its jurisdiction. The United States is an entity created by the U.S. Constitution with jurisdiction as described on the following pages of this Affidavit. I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the U.S. Constitution. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers, or agents deriving their authority therefrom. Further, I am not a subject of the Administrative and Legislative Article IV Courts of the several states, or Article I Courts of the United States, or bound by precedents of such courts, deriving their jurisdiction from said authorities. **Take Notice** that I hereby revoke, cancel, and make void ab initio any such instrument or any presumed election made by any of the several states or the United States government or any agency or department thereof, that I am or ever have voluntary elected to be treated as a United States citizen subject to its jurisdiction or a resident of any territory, possession, instrumentality or enclave under the sovereignty or exclusive jurisdiction of any of the several states or of the United States as defined in the U.S. Constitution in Article I, Section 8, Clause 17 and Article IV, Section 3, Clause 2.

11. **Past voter registration.** Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary - I have used the voting process only to instruct *my public servants* what a Citizen and Sovereign would like done.

12. **Use of the 2-letter state code and zip code.** My use of the 2-letter state code and zip code in my "address," which is secretly codified to indicate United States "federal zone" jurisdiction, has no effect whatsoever on my Sovereign status. Simply by receiving or sending "mail" through a quasi-federal messenger service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous.
    I use these codes only for the purposes of information and making it more efficacious for the U.S. Postal Service to deliver my mail.

13. **Use of semantics.** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my Sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

## FEDERAL JURISDICTION

It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article I, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

"The Congress shall have the power . . . To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers..." [emphasis added]

*and* Article IV, Section 3, Clause 2:

"The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

The definition of the "United States" being used here, then, is limited to its **territories**:

| | |
|---|---|
| 1) The District of Columbia | 6) Northern Mariana Islands |
| 2) Commonwealth of Puerto Rico | 7) Trust Territory of the Pacific Islands |
| 3) U.S. Virgin Islands | 8) Military bases within the several states |
| 4) Guam | 9) Federal agencies within the several states |
| 5) American Samoa | |

It does **not** include the several states **themselves**, as is confirmed by the following cites:

"We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases **United States vs. Cruikshank**, 92 U.S. 542 (1875).

"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] **Volume 20: Corpus Juris Sec**. §1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

This is further confirmed by the following quote from the Internal Revenue Service:

Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." - Internal Revenue Code Section 312(e).

In legal terminology, the word "**includes**" means "**is limited to.**"
When referring to this "District" United States, the Internal Revenue Code uses the term "**WITHIN**" the United States. When referring to the several States, the Internal Revenue Code uses the term "**WITHOUT**" the United States.
Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

"The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government," **Caha v. United States**, 152 U.S., at 215.

"We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed..."

"[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

"Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law," **Pollard v. Hagan**, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at §7 specifies that the "territorial jurisdiction" of the United States extends only **outside** the boundaries of lands belonging to any of the several States.

**Therefore**, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent, likewise, no federal statutes or regulations apply to me or have any jurisdiction over me. I hereby affirm that I do not reside or work in any federal territory of the "District" United States, and that therefore no U.S. federal government statutes or regulations have any authority over me.

## POWERS AND CONTRACTUAL OBLIGATIONS OF UNITED STATES AND STATE GOVERNMENT OFFICIALS

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article VI:

"The Senators and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution..."

I understand that by their Oaths of Office all U.S. and State government officials are contractually bound by the U.S. Constitution as formulated by its framers, and not as "interpreted," subverted, or corrupted by the U.S. Supreme Court or other courts.
According to the Ninth Amendment to the U.S. Constitution:

"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

and the Tenth Amendment to the U.S. Constitution:

"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

Thus, my understanding from these Amendments is that the powers of all U.S. and State government officials are limited to those specifically granted by the U.S. Constitution.

I further understand that any laws, statutes, ordinances, regulations, rules, and procedures contrary to the U.S. Constitution, as written by its framers, are null and void, as expressed in the Sixteenth American Jurisprudence Second Edition, Section 177:



"The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows:

"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted."

"Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it..."

"A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby."



"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."" [emphasis added]

and as expressed once again in the U.S. Constitution, Article VI:

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."

All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations to act in accordance with their U.S. Constitution, may result in prosecution to the full extent of the law, as well as the application of all available legal remedies to recover damages suffered by any parties damaged by any actions of U.S. and State government officials in violation of the U.S. Constitution.

## REVOCATION OF POWER OF ATTORNEY

Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed either by me or anyone else, as it pertains to the Social Security number assigned to me, ▐▬▬▬▬▬▌ as it pertains to my birth certificate, marriage or business license, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or

knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess allodial title to any and all such property. **Take Notice** that I also revoke, cancel, and make void ab initio all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion. The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.

Witness _Mehdaty Ka El_    Witness _Karren Hall_

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
(Print Name Below)
_Kyon Lenell Travis_
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.
  My Hand and Mark as Subscriber
(Sign Name Below)

Date: _11-23-15_  Common Law Seal: _____
         23rd M.D.H.
On this 22nd day of November, 2015, before me, the undersigned, a Notary Public in and for
  _Michigan_____ (state), personally appeared the above-signed, known to me to be the one whose name is signed on this instrument and has acknowledged to me that s/he has executed the same.
Signed: _____
Printed Name: _Martez Hall_
Date: _11/23/15_
My Commission Expires: _5/20/2022_

**MARTEZ HALL**
Notary Public
State of Michigan
County of Wayne
My Commission Expires 05-20-2022

NOTARIAL PROTEST CERTIFICATE

1.    The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** in accordance with UCC 3-509.

## Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members
## April 5, 2015

Take Notice: The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means you.

Also by Maxim of Law, there is no statute of limitation on fraud. Privately owned governmental services corporations have been fraudulently passing themselves off as the "government of the United States" since 1862. The longevity of this fraud in no way imbues it with authority. As an employee of these corporations you have no public office and no public bond and no foreign state immunity.

Federal Law Enforcement Personnel--- except U.S. Marshals: Your status is that of a Mall Cop acting outside the Mall. You have no authority on the land jurisdiction of the Continental United States. You are acting under color of law when addressing Citizens of the Continental United States "as if" they were Citizens of the Federal United States. If you threaten any living inhabitant of the Continental United States with a gun, taser, or other weapon, you can be hung as an inland pirate. If you remove any livestock you can be hung as a cattle rustler. If you cause any harm, you can be sued without limit. If you wear any uniform or display any badge or use any name or office designed to deceive or project authority you do not have, you can be arrested for impersonating an officer.

You are acting in a purely private capacity and have only equal Civil Rights that may be withdrawn at any time. You are also acting under Martial Law and may face extreme punishment for infractions against the civilian populace. Acts of plunder, mortal violence, and mischaracterization of civilians as combatants are all death penalty offenses.

U.S. Marshals are allowed full egress within the Continental United States so long as they are sworn and acting as officers sworn to uphold the actual Constitution, are not acting deceptively, nor acting outside their international jurisdiction while in pursuit of their duty protecting the U.S. Mail.

Lawyers, Judges, Court Clerks--- When you address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, you commit personage. This results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide for 200 years. It is a recognized act of inland piracy and it carries the death penalty.

Mischaracterizing the identity or citizenship status of a birthright Citizen of the Continental United States is also a crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty.

Finally, no member of the Bar Association may sit upon the bench of any public court nor occupy any public office of the Continental United States including Congress. The involvement of any Bar Member automatically voids all proceedings pretending subject matter jurisdiction related to the actual land or its assets---including the people of the Continental United States. The Titles of Nobility Amendment adopted and ratified prior to the American Civil War has not been repealed.

The Federal United States and the Municipality of Washington, DC all operate under the auspices of the United Nations and are signatories of the Universal Right of Self-Declaration. Anyone claiming to be a Citizen of the Continental United States having a valid Birth Certificate must be treated as such. Any debts or charges whatsoever related to vessels in commerce operated under his or her name by the Federal United States, any Federal State, the Washington DC Municipality or the UNITED NATIONS must be discharged according to Maxim of Law already cited: you are responsible for what you create.

The Federal United States and its Federal States have created numerous vessels in commerce merely named after living Citizens of the Continental United States and styled in the form: John Quincy Adams. The Washington DC Municipality has similarly indulged in this practice and created franchises

for itself named after living Citizens of the Continental United States styled in the form: JOHN QUINCY ADAMS. Most recently the UNITED NATIONS has created public utilities and is operating them under names styled as: JOHN Q. ADAMS.



The organizations that have created these franchises are completely, 100% liable for their debts and obligations without exception and without recourse to claim upon the living people these franchises are named after.

You may not presume that the living people have consensually agreed to be subjected to statutory law. You may not presume that they consensually agreed to be obligated for the debts of any legal fiction personas which have been created and named after them by Third Parties secretly operating in a private capacity and merely claiming to represent the victims of this fraud.

This is your Due Notice that the living people inhabiting the Continental United States are presenting themselves and may not be addressed as if they belong to, are responsible for, or indebted in behalf of any legal fiction personas operated under their given names by any international corporation.

Any continuance of any such claims and repugnant practices will be deemed immediate cause to liquidate the American Bar Association as a criminal syndicate and to deport its members from our shores. International action is underway to secure the assets and credit owed to the victims.

Please read, research, and do your own due diligence. You are fully responsible for obeying the Public Law of the Continental United States including Revised Statute 2561 and The Constitution. Please respect the established jurisdictions of air, land, and sea--- and be aware that you may be arrested and fined or worse for failure to do so.

Issued this fifth day of April 2015, Judge Anna Maria Riezinger, Alaska State Superior Court.
.......................

Here are the Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State do no longer have Immunity for the crimes they commit, Primarily Judges in America which includes the BAR Association.

APOSTOLIC LETTER ISSUED MOTU PROPRIO
http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html



# UNIFIED MAINE COMMON LAW GRAND JURY

David Robinson, 3 Linnell Circle, Brunswick, Maine 04011
Phone 207-798-4695 • Email: drobin88@comcast.net

## LEX NATURALES DEI GRATIA

• ANDROSCOGIN • AROOSTOOK • CUMBERLAND • FRANKLIN • HANCOCK • KENNEBEC • KNOX•
• LINCOLN • OXFORD • PENOBSCOT • PISCATAQUIS • SAGADAHOC • SOMERSET • WALDO •
• WASHINGTON • YORK •

*Psa. 89:14 "Justice and judgment are the habitation of thy throne : mercy and truth shall go before thy face."*

---

# CIVIL ORDERS
## JUNE 10, 2014

### Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services

At the federal level, the American government has always been a *separate foreign international maritime jurisdiction* operating under contract to provide **just two services:** (1) **to protect** the assets of the national trust, and (2) **to perform** governmental services **for** the Several States — which in terms of international law are each and **all** recognized as **sovereign nations.**

The *equity contract* known as **The Constitution for the united States of America** makes it clear that the Several States contracted to form *a single governmental services agency* known as **The United States.** The contract designates in the Preamble and Bill of Rights *the assets to be held in trust* by the federal government comprising the trust indenture portion of the contract and also designates *the nineteen enumerated services* to be performed — and exactly what *"powers"* the States agreed to delegate to **The United States** and how they would pay for these services.

What is **not** so widely known or appreciated is that *the governmental services company known as* **The United States** *was a privately owned and operated commercial company set up by Benjamin Franklin in 1754.* George Washington was actually the *11th "President"* of this **Company**, and the 1st President to take office after the receipt of the **"Constitution"** contract.

According to the 1824 Webster's Dictionary, at the time the original Constitution was written, the word **"federal"** was a synonym for **"contract".** All **"constitutions" are affirmations of debt** — in this case, the debt that the States assumed when they created the federal government and *jointly agreed* to pay for the services that it would provide. The office of *"President"* is, and always has been, a uniquely *commercial office,* not a "Head of State".

Because the *federal governmental services company* is privately operated and owned, only *shareholders* known as *"electors"* have a real say in its elections and administration; only *"trustees"* known as *"members of Congress"* have the right to determine *how* the national trust assets are protected, though they are obligated *as trustees* to do a reasonable job of it, and *only the States have the right to complain* if the designated services aren't up to par.

The American people at large, known simply as *"inhabitants of the domestic states"* or *"State Citizens"* have always been a separate and distinct population apart from *"US citizens"* or *"Federal Citizens"* — and to these two groups *a third kind of "citizen"* was added in 1871, that of *"US citizen"*.

Following the Civil War, the *governmental services company* providing the services agreed to by the States, *reorganized as a corporation* d.b.a. the **"United States of America, Incorporated"** and published its Articles of Incorporation as the *"Constitution of the United States of America"*.

Unlike *"The Constitution for the united States of America"*, the *"Constitution of the United States of America"* is a document peculiar to the new **"Municipal"** or **"City State"** government **formed to administer the affairs of the District of Columbia and its federal territories and possessions.**

This *corporate "constitution"* provided for the creation of a new kind of **"Federal Citizen"** — a **"US Citizen"** — and from that point onward, from the perspective of *the new federal municipal government formed by the Act of 1871,* — **American State Citizens** (the inhabitants of the domestic fifty states) were regarded as **"non-resident aliens"** of the District United States. This same corporation, d.b.a. the "United States of America, Incorporated" (chartered in Delaware), began operating *two separate "governments"* at once — the *"municipal government of the District of Columbia"* and the *"federal government"* owed to the States of the Union — both under the auspices of the **"United States Congress"**.

These *semantic deceits* have given rise to endless confusions, usurpations, and criminality. These *General Civil Orders* address *some* of those issues which are most important at this time.

The Congress *ceased operating* as it was required by contract to operate; in **1860**. After December **1865**, it never again operated as an *unincorporated Body Politic* representing the States of the Union. The *"federal government"* has functioned ever since exclusively as an *incorporated commercial entity,* with an elected Board of Directors calling itself the **"US Congress"**. As such, the *"federal government"* is a *for-profit commercial corporation* like any other for-profit commercial corporation. It has no special status, *no immunity from prosecution,* and hasn't functioned as a governing body of a sovereign nation **for 150 years!**

To overcome this obvious difficulty the **"US Congress"** formed a *second "union of American states"* from the *"federal territories and possessions"*. From the Seven Insular States, including the **"State of New Columbia"** (District of Columbia), Guam, Puerto Rico, American Samoa, et alia, a *new nation* was formed, calling itself **"the United States of America"**, claiming separate national sovereignty.

Thus we have *the United States of America* comprised of the fifty organic States created by Statehood Compacts, and     *the district United States;* both being administered under the direction of *the corporate Board of Directors* known as the **"US Congress"** — which has continued to act *solely* as the sovereign government of *the corporate United States*.

These *blatant semantic deceits* by officers of the federal corporation and officials of *the corporate United States* amount to *purposeful constructive fraud* against their *employers*, the American organic states. To try to overcome this obstacle, members of the **"US Congress"** contrived a *"complex regulatory scheme"* by which they established their *own* **"State"** governments and have tried to claim that they have been *"at war"* with the American people, while relying upon the organic states for their own sustenance, and have falsely claimed that they have established *"exclusive legislative jurisdiction"* over the original states of the Union by these acts of *self-interested fraud* carried out against their *employers* and benefactors.

**Fraud has no statute of limitations.**

8 The ***governmental services corporations*** have always been under commercial contract to provide services to the American people and have acted against their ***employers***, **as employees**.

9 It is essential that ***members of the Bar Associations; members of the "State" governments*** which have been surreptitiously "redefined" to their detriment; ***members of the domestic police forces;*** and ***members of the various armed forces*** gain a clear understanding of the **fact** that for purposes of administration of government services on American State soil, ***the "federal government" is a corporation with no more civil authority on the land than JC PENNY, or HARLEY DAVIDSON, INC***.

 10 The **"federal government"** is under contract to the organic States. Our Forefathers vested ***the ENTIRE civil government on the land*** in the people inhabiting the land. Therefore ***each American is a sovereign "organic state" of the union.*** Each one of us has more civil power and authority ***on the land*** than the entire ***"federal government"*** has ever had, or ever can have.

 11 For that reason — and as a result of the deliberations which have already taken place among other nations of the world — the ***"federal government"*** d.b.a. the ***UNITED STATES, INC.*** — ***a French commercial corporation*** — is hereby called to task for ***non-performance*** on its contractual obligations. The semantic deceits involved in ***claiming that American State Citizens are*** **"US citizens"** and all the other fraudulent claims advanced against the American people and states ***are to be fully recognized for what they are*** — **fraudulent claims, having no merit and owed no alliegeance nor enforcement.**

12 Other corporate entities, notably the ***FEDERAL RESERVE*** and ***INTERNATIONAL MONETARY FUND,*** which are responsible for creating and promoting this fraud, are to be recognized and dealt with appropriately, as ***international dealers in usury and fraud.***

American Negroes have in the past been considered **"US citizens"** because that is the only ***"citizenship"*** they were ever granted after the Civil War, a grave travesty of justice that resulted in them having only ***"civil rights"*** which are only ***privileges*** granted by the "US Congress" instead of the ***"Natural and Unalienable Rights"*** they are really heir to. They were ***also*** claimed as chattel backing the debts of the ***United States' prohibitions abolishing slavery and peonage.***

A prompt correction is available from the organic states by proclamation. The people in the organic states are granted full and ***immediately recognizable status*** as **"American Nationals"** owed all the ***"Natural and Unalienable Rights"*** of any other organic State Citizen, no matter which geographically defined state they may inhabit on the land. The only exceptions are those residents born **within** (inside) the borders of the Insular States — District of Columbia, Guam, Puerto Rico, etc. — who must ***self-declare their status under Article 15 of The Universal Declaration of Human Rights***.

It has been the policy of ***the United States of America*** to consider all ***federal employees*** and ***members of the active duty military*** who are birthright inhabitants of ***the United States of America,*** to be temporary **"dual citizens"** subject to ***the corporate UNITED STATES.***

However, ***the United States of America*** recognizes ***no dual citizenship,*** and the process required for ***any birthright inhabitant of the land,*** to adopt **"US Citizenship"** is both lengthy and purposeful, as stated in **US Statute at Large 2, Revised Statute 2561.** As the ***employers*** and ***creditors*** of ***the United States of America*** we exercise our ***proprietary interest*** and direct all ***American State Citizens*** to defend the interests and integrity of the American organic states, regardless of any contrary "orders" issued by any corporate officer of the ***UNITED STATES, or foreign official*** acting under the auspices of ***the United States of America.***

All birthright State Citizens of *the United States of America* are specifically enjoined from engaging in any activity contrary to the health, welfare, safety, and benefit of their fellow State Citizens, or will otherwise be recognized as **criminals** regardless of what uniforms they wear or what authorities they pretend to have. If **corporate "President" Obama** should order any member of the "US military" or any armed "agency personnel" — BATF, IRS, NSA, FEMA, etc. — to open fire upon *American State Citizens,* it would constitute a *war crime* against non-combatant civilians and it would be immediately recognized as such throughout the world.

**For all military and civilian-based defense and law enforcement agencies the rule to be observed is: <u>if you can't do it as a *private* individual, you can't do it as a *public* officer.</u>**

Any State Citizen who is forced to open fire on federally or federal "State" or "STATE" funded personnel in defense of property or life will be recognized as ***a non-combatant civilian*** without exception, held harmless, and supported by all members of the American Armed Forces of THE UNITED STATES OF AMERICA and all American State Militias. Any State Citizen so imposed upon by those in his or her employment or hired by those in his or her employment in any capacity whatsoever including "elected" officials, will be entitled to *full reparations* in the amount of <u>$5,000,000.00 USD</u> or the equivalent at the time of the damage incurred, *for every death*; $2,500,000.00 USD or the equivalent at the time of the damage, *for every permanent disability*. They shall also be owed *full reparations* for all property damage incurred and up to eighty (80) times compensatory damages at the discretion of a jury of their peers.

The individual States of the Union formed by Statehood Compact retain the full and unencumbered claim upon their birthright inhabitants. These "states" are defined geographically. They are not incorporated entities, and they are not "represented" by any incorporated "State of_____" or "STATE OF_____" organization at this time. They are presented solely by the ***unincorporated*** Body Politic and their individual inhabitants, who retain all organic and civil prerogatives on the land.

Those organizations currently calling themselves the "State of Alaska" or the "STATE OF ALASKA", etc., are representatives of two different governmental services corporations operated by the FEDERAL RESERVE ("State of Alaska") and the INTERNATIONAL MONETARY FUND ("STATE OF ALASKA"), doing business as franchises of the United States of America, Inc. and the UNITED STATES, INC. respectively. They have no representational capacity whatsoever and are operating under commercial contract only.

Because these "State" and "Federal" entities have all functioned under conditions of **non-disclosure and semantic deceit** serving to promulgate fraud upon the organic states and the American people, they are all to be considered **criminal syndicates** to the extent that they have been aware of their status and have failed to correct their operations and representations. **All contracts** held by these organizations or assumed to be held by these organizations **are null and void for fraud.** These contracts include but are not limited to contracts for sale, for labor, for trade, "citizenship" contracts, powers of attorney, licenses, mortgages, registrations, and application agreements of all kinds. All signatures of **American State Citizens** acting under the influence of semantic deceit and non-disclosure *are rescinded.*

All those individuals engaged in employment as "federal" and "state" and "municipal" employees and "elected officials" are hereby given Notice that they are employees of private, for-profit corporations that are merely under contract to provide designated public services, having no special status, having no immunity, and having no authority as sovereign nations or states. Any actions that they take infringing on the rights and prerogatives of **American State Citizens** are criminal acts without exception and are to be treated as criminal acts. These individuals have exactly the same standing as employees of any other

commercial company, and the rules, regulations, codes, and other "statutes" they enforce are obligations unique to those organizations only. ✳

**Posse Comitatus** is to be observed and enforced on the land of the domestic organic states regardless of any Executive Order to the contrary issued by Barack H. Obama acting as "President" of the United States of America or as the President of any **incorporated** entity whatsoever. Any such imposition of "martial law" by Mr. Obama has exactly the same legal standing as "martial law" imposed by the President of BURGER KING, INTERNATIONAL or the King of Sweden on the land of the organic states. He can order his paid employees to commit hari kari if he wishes to do so, and they may follow his instructions if they care to, but they may *not* under any circumstance murder anyone, assault anyone, seize any private property, or cause any trouble for **American State Citizens**, or they shall be immediately recognized as *criminals* and be treated as such.

Likewise, the government of the United States of America may do what it wills with those who are legitimately born under its hegemony, but it cannot say one word claiming authority over any birthright State Citizen of The United States of America.

Please note that Barack H. Obama is "Commander in Chief" of the **"US Armed Forces"** which legitimately includes the Puerto Rican Navy and whatever security forces are endemic to Guam, American Samoa and the other Insular States.

The **Grand Army of the Republic** and its successors are obligated to perform under **General Order 100**.

The **American Armed Forces** also known as the **Armed Forces of The United States of America** are paid for by and obligated to serve the 50 organic states, which we represent and for which we require your service. In the absence of a properly formed and operational government of the Republic, **all rights revert to the organic states,** including the civil authority to issue these General Orders. "President" Barack H. Obama is operating as an official of the United States of America and as a corporate officer in the employ of the UNITED STATES, a French commercial corporation chartered by the International Monetary Fund, an agency of the UNITED NATIONS. He is not now nor has he ever been elected to any public office of The United States of America.

Likewise the members of the "US Congress" have never taken the Oath of any Public Office of The United States of America and are merely operating *as private corporate officers* of the same commercial corporation d.b.a. the corporate "United States".

All offices deriving and paid and/or receiving credit entirely or in part as a result of the original equity contract known as The Constitution for the united States of America are offices of the Armed Forces of The United States of America by definition and those who serve in these offices are employees of the inhabitants of the domestic 50 States defined by Statehood Compacts. As such, you are now receiving direct orders under the civil authority of these organic states.

All the foregoing circumstance is indeed the "mischief" predicted by Chief Justice Harlan in his dissenting opinion given in *Downes v. Bidwell* — mischief resulting from allowing Congress to operate two governments at once, one a **constitutional Republic**, and the other an **oligarchy under the plenary control of Congress.** The members of the "US Congress" have been corrupted by power lust or through ignorance, subverted and used to serve the aims of criminals. That does not give anyone a license to sin. It simply requires the recognition of the sins of the members of the Congress and appropriate enlightened action depriving them of any power or excuse to continue these usurpations and deceits.

**There are 515 people responsible.**  It is incumbent upon them to straighten things out, and for the rest of us to insist that they do.  **It is also the responsibility of all members of the domestic police.**

The **right** to act comes with the **responsibility** to act!

This NOTICE is by my hand and upon my civil authority set this 10th day of June, 2014:

*anna-maria: riezinger*

**Anna Maria Wilhelmina Hanna Sophia Riezinger-von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis. In Care Of: Box 520994, Big Lake, Alaska**
Under Sea

## JUDICIAL NOTICE

We the Unified Maine Common Law Grand Jury concur with the above Notice:

June 10, 2014

Signed under Seal

*David E. Robinson*

_____

Grand Jury Foreman *pro tem*



## Universal Declaration of Human Rights

### Preamble

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, therefore,

The General Assembly,

Proclaims this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by

teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

Article I

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

Article 2

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

Article 3

Everyone has the right to life, liberty and security of person.

Article 4

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

Article 5

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

## Article 6

Everyone has the right to recognition everywhere as a person before the law.

## Article 7

All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

## Article 8

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

## Article 9

No one shall be subjected to arbitrary arrest, detention or exile.

## Article 10

Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

## Article 11

1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.
2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier

penalty be imposed than the one that was applicable at the time the penal offence was committed.

Article 12

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

Article 13

1. Everyone has the right to freedom of movement and residence within the borders of each State.
2. Everyone has the right to leave any country, including his own, and to return to his country.

Article 14

1. Everyone has the right to seek and to enjoy in other countries asylum from persecution.
2. This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

Article 15

1. Everyone has the right to a nationality.
2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

Article 16

1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.
2. Marriage shall be entered into only with the free and full consent of the intending spouses.
3. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

### Article 17

1. Everyone has the right to own property alone as well as in association with others.
2. No one shall be arbitrarily deprived of his property.

### Article 18

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

### Article 19

Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

### Article 20

1. Everyone has the right to freedom of peaceful assembly and association.
2. No one may be compelled to belong to an association.

### Article 21

1. Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.
2. Everyone has the right to equal access to public service in his country.
3. The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

### Article 22

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

### Article 23

1. Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.
2. Everyone, without any discrimination, has the right to equal pay for equal work.
3. Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.
4. Everyone has the right to form and to join trade unions for the protection of his interests.

### Article 24

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

Article 25

1. Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

2. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

Article 26

1. Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

2. Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

3. Parents have a prior right to choose the kind of education that shall be given to their children.

Article 27

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

## Article 28

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

## Article 29

1. Everyone has duties to the community in which alone the free and full development of his personality is possible.
2. In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.
3. These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

## Article 30

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

RYON TRAVIS 54525-039
FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160



3/2/19 RP

RECEIVED
MAR - 4 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

⇔54525-039⇔
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

LEGAL MAIL