AFFIDAVIT OF FACT:

FINAL NOTICE OF DEFAULT/

RES JUDICATA

WRIT OF DISMISSAL

To: Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan

RE: Affidavit of Fact/Notice of Default (RYON LENELL TRAVIS Case number 2:16-CR-20227 UNITED STATES DISTRICT COURT SOUTHEAST DISTRICT OF MICHIGAN SOUTHERN DIVISION)

Date: March 3, 2019

FILED
MAR 06 2019
CLERK'S OFFICE
DETROIT

Dear Bernard A. Friedman,

Affiant ryon-lenell:travis, hereinafter known as "Declarant", states that he is competent to be a witness that the Facts contained herein are True, Correct, Complete and Not Misleading to the best of his firsthand knowledge and belief under the penalties of perjury pursuant to the Laws of the De Jure Union States of America.

STATEMENTS OF FACTS:

A. A constitution is the property of the nation and more specifically of the individual and not those who exercise the government.; The authority of the Constitution is grounded upon the absolute, God-given free agency of each individual and this is the

1/6

basis of all powers granted, reserved or withheld in the authorization of every word, phrase, clause or paragraph of the Constitution. Any attempt by Congress, the President or the Courts to limit, change or enlarge even the most claimed insignificant provision is therefore ultra viras and void ab initio. (United States v. Daly, 481 F. 2d. 28)

B. The common law is the real law, the Supreme Law of the Land, the codes, rules, regulations, policies and statutes are not the law. (Self v. Rhay, 61 Wn (2d) 261)

C. In accordance Article III of the United States Constitution, judicial authority is vested in one Supreme Court or any lower with a "Certified Delegation of Authority" confirmed by Congress.

D. Indeed, no more than affidavits is necessary to make a prima facie case. (United States v. Kis, 658 F 2nd, 526, 536 (7th Cir. 1981))

E. An un-rebutted affidavit becomes the judgement in commerce; all crimes are commercial and shall be treated as such. (27 C.F.R. 72.11)

F. All respondents in respondent's official capacity was sent a lawful correspondence via Court's ECF system filed December 26, 2018, docket No. 87 and was granted 21 days to respond to the Affidavit of Fact/Writ of Discovery. (Attachment A1)

G. Declarant recieved no response and therefore issued a Notice of Default with Opportunity to Cure Fault within three (3) days from postmark via Court's ECF system

H. Again, Declarant recieved no response from respondent regarding Opportunity to Contest Acceptance, admission of all facts and full agreement to all the "TERMS" contained within the Affidavit of Fact/Notice of Default, therefore the Declarant issued to the respondent via Court's ECF system this Final Notice of Default/Res Judicata and Writ of Dismissal declaring that by respondent's silent acquiescence, the entire matter is now "STARE DECISIS".

I. Respondents failed to provide any evidence of their jurisdiction, authority to operate or impose themselves in the public or their right to act in any authoritive capacity.

J. As an operation of law, the respondents are now in DEFAULT, admitting total acceptance and in full agreement to all the facts contained in the before mentioned Affidavits via respondent's silent acquiescence. The Affidavits are now STARE DECISIS and may NOT be controverted in any future administrative, civil, judicial or commercial process and the following statements are "Admissions of the Facts" contained within the Affidavits before mentioned and is now the "TESTIMONY" of all respondents.

K. Therefore, all respondents hereby admits:
1. That no public official meets the requirements to perform in the public.
2. That no public official meets the requirements to act in an authoritive capacity.
3. That there is no dispute or controversy in this matter as all parties are in full agreement.
4. That this court does not have any jurisdiction in this matter

lacking a Delegation of Authority confirmed by Congress.

5. That this entire matter is dismissed with extreme prejudice lacking jurisdiction and standing.

L. Every man is independent of all laws except those prescribed by nature. He is not bound by any institutions formed by his fellow men without his consent.

M. The Declarant herein is a natural, freeborn man and has never given any institutions or corporations any consent to be bound to.

N. (Virginia v. Hicks, 539 U.S. 113, 120 S. Ct. 2191 (2003)) The injury-in-fact requirement requires a "Plaintiff" to allege an injury that is both concrete and particularized... The requirement of standing, however, has a core component derived directly from the Constitution. A "Plaintiff" must allege personal injury fairly traceable to the defendant's alleged unlawful conduct and likely to be redressed by the requested relief. (Allen v. Wright, 468 U.S. 737, 751, 104 S. Ct. 3315 (1984))

O. These questions and any others relevant to the standing inquiry must be answered. (Chicago and Grand Truck R. Co. v. Wellman, 143 U.S. 339, 345, 36 L. Ed. 176, 12 S. Ct. 400 (1892))

P. (Valley Forge College v. Americans United for Separation of Church and State, 454 U.S. 464, 471, 102 S. Ct. 752 (1982)) Article III of the Constitution limits the judicial power of the United States to the resolution of cases and controversies... to adjudge the legal rights of litigants in actual controversies... The power to declare the rights of individuals and to measure the authority of governments, this court

4/6

said 90 (ninety) years ago, "is legitimate only in the last resort, and as a necessity in the determination of real, earnest and vital controversy... Article III (United States Constitution) requires "the party who invokes the court's authority to <u>show that he personally has suffered</u> some <u>actual or threatened injury</u>" as a result of the putatively illegal conduct of the defendant... The requirement that a party seeking review must allege facts showing that "he is himself" adversely affected... The exercise of judicial power, which can so profoundly affect the lives, liberty and property of those to whom it extends, is therefore "restricted to litigants <u>who can show</u> injury in fact" resulting from the action which they seek to have the court adjudicate.

Q. Respondents have not demonstrated a live controversy ripe for resolution by the federal courts... our finding of NONJUSTICIABILITY... We presume that federal courts lack jurisdiction "unless the contrary appears affirmatively from the record... It is the responsibility of the complainant clearly to allege facts demonstrating that "he is a proper party" to invoke judicial resolution of the dispute and the exercise of the court's remedial powers. (Renne v. Geary, 501 U.S. 312, 315-316, 111 S. Ct. 2331 (1991))

R. To invoke federal jurisdiction, "a plaintiff <u>must show</u> a personal stake" in the outcome of the action. This requirement insures that the Federal Judiciary confines itself to it's Constitutionally limited role of adjudicating actual and concrete disputes, the resolutions of which have direct consequences on the parties involved. Such a dispute must be extant at all stages of review, not merely at the time a complaint is filed. A case that becomes moot at any point during the proceedings is no longer a case or controversy for purposes of U.S. Constitution Article III

5/6

and is outside the jurisdiction of the federal courts.

S. The Declarant herein is a Natural Free-Born Man "In Full Life" and therefore a NONJURIDICAL ENTITY.

T. There is no controversy because all parties agrees that no party involved in this matter has suffered any harm which makes this a NONJUSTICIABLE matter.

U. This matter is moot for all the above reasons and the Affiant herein hereby declares this matter dismissed with extreme prejudice with the consent and agreement by all other parties by their silent acquiescence.

Please confirm this dismissal.
Respectfully,

By: ryon-~~~~~
Ryon Lenell Travis, Authorized Representative


Witness: ~~~~~
Richardo Urbina

Witness: ~~~~~
Anthony Haynes

6/6

EXHIBIT A1

Michigan Republic
Noble ryon-lenell:travis
American National
Aboriginal and Indigenous

Case Number: 2:16-CR-20227

**AFFIDAVIT OF FACT**
**WRIT OF DISCOVERY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
231 West Lafayette Boulevard
Detroit, Michigan 48226


FILED
DEC 26 2018
CLERK'S OFFICE
DETROIT

Pursuant to Article III, Section II of the United States Constitution, Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery. Let it be noted for the record, on the record and let the record show a response is required 21 days from the receipt of the letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame, this Affidavit of Fact-Writ of Discovery shall stand as 'Law' affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore, I demand, as my Constitutional/Treaty secured rights, a copy of the "Oath of Office", Oath of Ethics, and Bond Number for all government officials, employees, Judges, Prosecutors, agents, clerks and anyone who has touched or is in any way involved with this case per Article VI of the United States Republic Constitution.

(Hagans v Lavine 415 U.S. 533) There is no discretion to ignore lack of jurisdiction. (Joyce v United States, 474 2d 215); The law provides that once State and Federal jurisdiction have been challenged, it must be proven. (Main v Thiboutot 100 S. Ct. 2501 (1980)); "jurisdiction can be challenged at any time" and "jurisdiction, once challenged cannot be assumed and must be decided". (Basso v Utah Power and Light Co. 495 F, 2d 906,910).

This is a formal Request and Command for all to produce for the record, the physical documented "Delegation of Authority" as proof of jurisdiction as required by law per Article III, Section I of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS: All officials are required by federal, state and municipal law to provide

the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this

1

Case 2:16-cr-20227-BAF-DRG ECF No. 87 filed 12/26/18 PageID.437 Page 2 of 3

nformation constitutes corporate and limited liability insurance fraud (15 U.S.C.) and is prima facie evidence and grounds to mpose a lien upon the official personally to secure their public oath and service of office. (18 U.S.C. 912)

Whoever, having taken an oath before a competent tribunal, officer or person in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states of subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both. (18 U.S.C. 1621)

"Where rights secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them". (Miranda v Arizona 384 U.S. 436, 125)

"The claim and exercise of Constitutional Rights cannot be converted into a crime". (Miller v Kansas 230 F. 2nd 486, 489)

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially". (Thompson v Smith 154 SE 583)

"A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rationale". (ASIS v United States 568 F. 2d 284)

I Am: *Noble ryan-lenell:travis et*
Noble ryan-lenell:travis
Aboriginal and Indigenous
All Rights Reserved "Without Prejudice"
U.C.C. 1-207/308

12-18-18

C.C. My File and All Other Parties

2

RYON TRAVIS 54525-039
FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

LEGAL MAIL



◇ 54525-039 ◇
Office Of The Clerk
231 W Lafayette Blvd
5th Floor
Detroit, MI 48226
United States

48226-277758