AFFIDAVIT OF FACT:

NOTICE OF TERMINATION/CONDITIONAL ACCEPTANCE

NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL

NOTICE TO THE PRINCIPAL IS NOTICE TO AGENT

(Applicable to all Successors and Assigns)

Date: 3-4-2019

To: Martin E. Crandall (P26824)
    Theodore Levin United States Courthouse
    231 West Lafayette Boulevard
    Detroit, Michigan

FILED MAR - 7 2019 CLERK'S OFFICE DETROIT

RE: Termination and/or Conditional Acceptance of Attorney (RYON LENELL TRAVIS Case number 2:16-CR-20227 UNITED STATES DISTRICT COURT SOUTHEAST DISTRICT OF MICHIGAN SOUTHERN DIVISION Federal Court)

Dear Sir: Martin E. Crandall

Thank you very much for your offer of assistance. I'm confident that the court would not offer to appoint an attorney such as you unless they were of the highest caliber. Notice is hereby given that you are either terminated as of March 15, 2019 or the Undersigned conditionally accepts your offer as Defender for the Defendant RYON LENELL TRAVIS on conditions that:

1. You accept private asset compensation payment, and:
2. You do not argue the facts, and:
3. Bring asset setoff, settlement, and closure on the private side, and:

4. Be personally converted on all liability as surety for the Defendant, and;
5. This court approves said terms and conditions (#1-4 herein) in writing prior to any acceptance by undersigned authorized representative.

This NOTICE CONDITIONAL ACCEPTANCE is intended as a complete and exclusive statement of the terms of the agreement between the parties as a "FINAL EXPRESSION IN A RECORD" as it relates to the appointment of an attorney in this instant matter.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit and/or credit transactions ledgered to account RYON LENELL TRAVIS are done so in the best interest of the United States Treasury.

Thank you for your consideration, and I look forward to a relationship that is mutually beneficial to all parties involved.
Respectfully...

By: ryon lenell travis
Ryon Lenell Travis, Authorized Representative

RYON TRAVIS 54525-039
FEDERAL DETENTION CENTER
P.O. Box 1000
MILAN, MICHIGAN 48160

LEGAL MAIL

⟷54525-039⟷
Office Of The Clerk
231 W Lafayette BLVD
5th Floor
Detroit, MI 48226
United States

METROPLEX MI 480
05 MAR 2019 PM 1 L

RECEIVED
MAR -7 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

