UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Ryon Lenell Travis,

Defendant,

Criminal No. 16-20227

Hon. Bernard A. Friedman

---

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE *PRO SE* FILINGS *(R. 87, 91, 92, 93, 94)***

The Court has received five *pro se* pleadings from defendant Ryon Travis. On December 26, 2018, the Court received a pleading from defendant titled "Affidavit of Fact Writ of Discovery." (R. 87). On February 27, 2019, the Court received a pleading from defendant titled "Affidavit of Fact/Writ of Discovery." (R. 91). On March 4, 2019, the Court received another pleading from defendant; this 47-page hand-written document included affidavits of non-jurisdiction, declaration, denying corporate existence, etc. (R. 92). On March 6, 2019, the Court received another pleading from defendant titled "Res Judicata: Writ of Dismissal." (R. 93). Finally, on March 7, 2019, the Court received a pleading from defendant titled "Notice of Termination/Conditional Acceptance." (R. 94).

The government filed a motion asking the Court to strike defendant's *pro se* filings. (R. 96). The Court held a hearing on the motion on April 9, 2019. For the reasons stated on the record, the government's motion to strike is granted. The Court directs the Clerk of the Court to strike docket entries 87, 91, 92, 93 and 94.

IT IS SO ORDERED.

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

Dated: April 17, 2019
Detroit, Michigan