UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.

Ryon Lenelle Travis,

          Defendant(s),

Case No. 2:16-cr-20227-BAF-DRG
Hon. Bernard A. Friedman

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Ryon Lenelle Travis

The defendant(s) shall appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: January 18, 2022 at 01:30 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/J. Curry-Williams
Case Manager

Dated: December 3, 2021