4

16-20227

THE MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS©, Estate.
Executor Office.
Nation Michigan.
General-Post Office.
Detroit, TRAVIS© Province.
United States Minor, Outlying Islands.
Non-Resident/Non-Domestic/Non-Commercial.

Done by Night, the 26th day of the 1st month, 2022.

7020 3160 0000 1804 8594

Office of the U.S. Deputy Clerk of the Court
Attention: Kinikia Essex, Deputy Clerk, et al
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48229]

TO: Office of U.S. Deputy Clerk, Kinikia Essex, et al.

FROM: Executor Office - RYON LENELL TRAVIS©, Estate.

Regarding: Executive Orders from RYON LENELL TRAVIS©, Estate; [Docket 2:16-CR-20227-BAF-DRG-1, Theodore Levin U.S. COURTHOUSE]

We accept all oaths of offices from all employees of government agencies of which RLT ~~I communi~~ we communicate with.

I AM, as a man in full-life, a Moorish-American National, sui juris, in its de jure capacity, RLT ~~hereby~~ here by 'Special Appearance', only as the occupant of the executor office of the RYON LENELL TRAVIS©, Estate, hereby appoints the U.S. Deputy Clerk of the Court, Kinikia Essex as fiduciary trustee for RYON LENELL TRAVIS©, Estate, to ensure that these executive orders are issued by the Court via any officer

page 1 of 3.

functioning under her as the order of the Court is released to the occupant of the executor office of the RYON LENELL TRAVIS© Estate herein. The receiving clerk of the Court who is in receipt of this executor letter is appointed as fiduciary trustee to issue the following executor orders and any judge or court administrator may with its issuance. These Executive Orders are as follows:

• All orders made in this matter, 2:16-CR-20227-BAF-DRG-1, prior to the receipt of this executor letter shall be made null and void, and not enforceable.

• The detention order pending against RYON LENELL TRAVIS© Estate shall be released without delay.

• All properties belonging to, in the name of and relating to the RYON LENELL TRAVIS© Estate shall be released to the occupant of the executor office of the RYON LENELL TRAVIS© Estate herein without delay. This includes but is not limited to any and all papers, persons, bonds, securities, instrumentalities whatsoever, artilleries, ammonitions, programs, hardwares, softwares, hard-drives, thumbdrives, electronics, etc. Properties may be retrieved by the occupant of the executor office of RYON LENELL TRAVIS© Estate in whole or in part within ninety (90) days after release from detention. Any properties not retrieved by the occupant of the executor office of RYON LENELL TRAVIS© Estate RLT within ninety (90) days of said release, shall be disposed of.

• An estimated six (6) years of losses and damages of properties shall be RLT awarded to the RYON LENELL TRAVIS© Estate in the amount of ($13,000,000.00) thirteen million U.S. dollars and zero cents, in whole or in part monthly without delay.

• All Court fees, filing fees and processing fees shall be applied to any bonds or other securities held by the Clerk of the Court, or via private bond/account number G54633243 and all remaining monies shall be paid/released to the RYON LENELL TRAVIS© Estate without delay.

• A strict and permanent restraining and do not arrest order shall be issued without delay, against any and all federal and local law enforcement agencies and persons thereof, from the RYON LENELL

page 2 of 3.

TRAVIS© Estate and all its properties and place of dwelling. Violators may be imprisoned, sued without limits or both.

• The indictment/bill must be dismissed from case/account 2:16-cr-20227-BAF-DRG-1 as necessary and proper for want of jurisdiction, also without delay.

• Although any judge or court administrator may act as witnesses to the issuance of these executive orders, Bernard A. Friedman (P13721) is hereby appointed as fiduciary trustee for RYON LENELL TRAVIS©, Estate to confirm these executive orders or be held liable for his many long-going criminal acts and sins committed against RYON LENELL TRAVIS©, Estate over the past estimated six (6) years. His liability will include the forfeiture of all properties in his name and in the name of his spouse from this present day up until the next (20) twenty years and imprisonment may be included in his liability.

• These Executive Orders shall be issued and executed without delay.

My wishes are your commands.

govern yourself accordingly.

By: executor Ryon-Lenell (1-26-22 11:04p)
G54633243
Executor Office.
RYON LENELL TRAVIS©, Estate.
THE MOORISH SCIENCE TEMPLE OF AMERICA.
Nation Michigan.
General-Post Office.
Detroit. TRAVIS Province.
United States Minor, Outlying Islands.
Non-Resident/Non-Domestic/Non-Commercial.

Certified Document!

Copy to: My File

page 3 of 3.



Ryon: Travis Bey
In Care Of: RYON TRAVIS [54525-039]
FEDERAL DETENTION CENTER
P.O. Box 1000
Milan, Michigan [48160]
Official Business

Office of the U.S. Deputy Clerk of the Court
Attention: Kinkie Essex, Deputy Clerk, et al.
Theodore Levin U.S. COURTHOUSE
Detroit, Michigan [48226]
231 West Lafayette Boulevard

RECEIVED
FEB -3 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

7020 3160 0000 1804 8594

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
MILAN, MI
48160
JAN 27, 22
AMOUNT
$0.00
R2305K135957-46