(16-20227)

THE MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS© Estate.
Executor Office.
Nation Michigan.
General-Post Office.
West Fort Street-1401.
Room 1006.
Detroit. TRAVIS© Province.
United States Minor, Outlying Islands.
Non-Resident/Non-Domestic/Non-Commercial.
In Care Of: FEDERAL DETENTION CENTER.
P.O. Box 1000.
Milan, Michigan [48160].

Done By Day, the 7th day of the 3rd month, 2022

Office of U.S. Court Deputy Clerk
Attention: Kinikia Essex, Deputy Clerk Trustee
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]

TO: Office of U.S. Deputy Court Clerk, trustee Kinikia Essex, et al.

FROM: Executor Office- RYON LENELL TRAVIS© Estate.

Regarding: Executive Court Writ for RYON LENELL TRAVIS© Estate; [Docket 2:16-CR-20227-BAF-DRG-1, Theodore Levin U.S. COURTHOUSE]

NOTICE: The striking, abridging, disregarding and any attempt to ignore this Executive Writ constitutes but is not limited to paper terrorism.

page 1

This is a 'Special Appearance' made by the Moorish-American National who is a natural human being, a man in full-life and is the undersigned occupant of the Executor Office of RYON LENELL TRAVIS© Estate.

I accept all oaths of offices from all employees of government agencies of which I communicate with.

This Executive Court Writ for RYON LENELL TRAVIS© estate is hereby bonded by the 'Birth Certificate' Bond 501858 that is being held by the trustee clerk of the Court assigned to this matter as stated docket number above, issued on the 18th (eighteenth) day of January, 2022.

As the occupant of the ~~Exect~~ RLT Executor Office of the RYON LENELL TRAVIS© estate, I hereby claim as private properties of this estate, the said docket number 2:16-CR-20227-BAE-DRG-1, the Court and the land that it's built on and all persons who is in relation to the said docket number, in their official or private capacity, is hereby appointed as servants/trustees of this estate including but is not limited to the U.S. MARSHAL Service.

- All properties of this estate is demanded to be released to the undersigned occupant of the Executor Office of this estate and this includes but is not limited to all persons, papers, electronics, softwares, hardwares, tangibles and intangibles including all bonds associated with the before mentioned docket number (as the Court Clerk may remain in possession of 'Birth Certificate' Bond 501858). The U.S. MARSHAL Service is required to assist in executing this writ as may be necessary

An envoice for the reimbursement of all losses and damages of property including approximately six (6) years of life in[redacted]

page 2

of thirteen million U.S. Dollars and no cents ($13,000,000.00) to be awarded to the undersigned occupant of the Executor Office of the RYON LENELL TRAVIS© estate in which this envoice shall also be covered by the 'Birth Certificate' Bond 501858 as well as all other debts and fees in relation to docket 2:16-CR-20227-BAF-DRG-1.

Finally, this case shall be settled, closed and dismissed in its entirety with extreme prejudice. This judgement is for the benefit of all parties. Private Bond number G54633243 may be used if necessary. This Executive Writ shall issue and be executed without delay.

govern yourself accordingly,

by: executor Ryon Lenell Travis Bey LS
3-7-22
9:12ᵃ

witness: Bryant C Daugherty
Bryant Daugherty El  3-7-22

Executor Office.
RYON LENELL TRAVIS© Estate.
THE MOORISH SCIENCE TEMPLE OF AMERICA.

witness: Jeremy Barnier
Jeremy Barnier  3-7-22

Nation Michigan.
General-Post Office.
West Fort Street - 1401.
Room 1006.
Detroit. TRAVIS© Province.
Non-Resident/Non-Domestic/Non-Commercial.
United States Minor, Outlying Islands.
In Care Of: FEDERAL DETENTION CENTER.
P.O. Box 1000.
Milan, Michigan [48160].

page 3 of 3.

THE MOORISH SCIENCE TEMPLE OF AMERICA

Ryon Lenell Travis Bey
　　　　　NAME
In Care Of: Ryon Travis [54525-039]
　　　　　　　　　　REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN [48160]
Official business

48226-277811

Office of U.S. COURT Deputy Clerk
Attention: Kinikia Essex, trustee Deputy Clerk, et al
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]

RECEIVED
MAR 21 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

[stamp: PURPLE HEART FOREVER USA]