UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                       Case No. 2:16-cr-20227

v.                                 Hon. Bernard A. Friedman

D-1     RYON LENELL TRAVIS,
        a/k/a "Dontrez,"

    Defendant.

---

## DEFENDANT RYON LENELL TRAVIS' SENTENCING MEMORANDUM

Mr. Travis is 35 years old, has a nominal criminal history, was born to unmarried parents of different ethnic backgrounds, did not graduate Central High School in Detroit but did achieve a graduate equivalency diploma on his own initiative at Marygrove College.

He was raised by his paternal grandmother, and the undersigned has had no success in finding anyone to talk to about his past or his youth.

He's had virtually no employment except for a short stint at a car wash.

Two psychological evaluations were conducted. The first evaluation was with Dr. Debra Pinals, and the second with Heather Ross a Forensic Psychologist at the Federal Correctional Institution in Butner, North Carolina, and they show no mental health issues.

68094\321810\270079350

He is learned in the Moorish subculture institutionally. He has been confined for seven years since March 21, 2016.

Mr. Travis just lacks the guidance that most of us have whether through parents, grandparents, education, teachers, clergy, coaches, or employment contacts to give him a foundation from which to make decisions.

Hopefully, that foundation will be gained institutionally, but the lack of opportunity is no reason to warehouse him for life.

Respectfully submitted,

CLARK HILL PLC

By:   /s/ Martin E. Crandall
Martin E. Crandall (P26824)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
Attorneys for Defendant

Dated:  January 17, 2023

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, my secretary electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all counsel of record.

                            CLARK HILL PLC

                            By:   /s/ Martin E. Crandall
                                  500 Woodward Avenue, Suite 3500
                                  Detroit, MI 48226
                                  (313) 965-8300
                                  mcrandall@clarkhill.com
                                  P26824
                                  Attorneys for Defendant