2

MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS©, Estate.
Executor Office.
Nation Michigan.
General-Post Office.
West Fort-1401.
Detroit. TRAVIS© Province.
United States Minor, Outlying Islands.
Non-Resident/Non-Domestic.

Done by: Day 12 of the 1st month, 2023.

Office of Chief Financial Officer
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]



FILED
JAN 18 2023
CLERK'S OFFICE
DETROIT

TO: Office of Chief Financial Officer and Office of Deputy Clerk, Trustee Kinikia Essex and Office of Court Administrator, Trustee Bernard A. Friedman (P13721), Maureen R. Flavin, et al.

FROM: Executor Office - RYON LENELL TRAVIS©, Estate.

RE: Full-Settlement and closure of case no. 2:16-CR-20227-BAF-DRG-1 for RYON LENELL TRAVIS© 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 [Birth Certificate Bond no. 01536810790].

We accept all charges for value and consideration. In return, please use my exemption and principal for post-settlement and closure of case no. 2:16-CR-20227-BAF-DRG-1 and CUSIP and AUTOTRIS account numbers 126036EC7 and G54633243 as this account is prepaid and exempt from levy.

By: executor Bro. R. Travis Bey 1/12/23
© G54633243
Bro. R. Travis Bey of the M.S.T. of A.

good as a val.

HEATHER MARIE BURNETT-RICK
Notary Public - State of Michigan
County of Lenawee
My Commission Expires Jan 6, 2028
Acting in the County of Washtenaw

Heather Marie Burnett-Rick   1-12-23

MOORISH SCIENCE TEMPLE OF AMERICA.
In care of:
Bro. R. Travis © Bey (6546332243)
NAME
RYON TRAVIS© /51525-039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN [48160]
- official business -

METROPLEX MI 480
13 JAN 2023 PM 1 L

48226-277811

Office of Chief Financial Officer,
Office of U.S. Deputy Clerk,
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]

