16-20227

4

MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS, Estate.
Executor Office.
Nation Michigan.
General-Post Office.
Detroit. TRAVIS Province.
United States Minor, Outlying Islands.
Non-Resident/Non-Domestic.

Done by day 6 of month 2, 2023.

Office of U.S. Deputy Clerk
Attention: Trustee Kinikia Essex, Deputy Clerk
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]



FILED
FEB 10 2023
CLERK'S OFFICE
DETROIT

TO: Office of Trustee Kinikia Essex, Deputy Clerk, et al.

FROM: Executor Office-RYON LENELL TRAVIS, Estate.

Regarding: Executive Court Order for RYON LENELL TRAVIS;[Birth Certificate docket number 01536810790] (E.C.O. 1-2023).

'Special Appearance'

We, the People of Michigan Republic hereby enters this Executive Court Order to release all persons and properties in relation to RYON LENELL TRAVIS, Estate. All judgements, orders, actions, commitments, recommendations, ect., are hereby null and void by 'NOT' being properly authorized to administrate for RYON LENELL TRAVIS, Estate. You are all hereby put on 'NOTICE' that you are in violation of state, Federal and International laws for the trespassing upon the 'private' RYON LENELL TRAVIS, Estate by way

page 1 of 3.

of the many elements of 'fraud' such as force, threat, coercion, undue influences, ect. which has resulted in man-stealing/kidnap, extortion, treason during the denial and violations of many of the Constitutional Rights, Civil Rights and unalienable Human Rights.

Enclosed is a Bill of Exchange No. RLT-2-23-1, in return for full-settlement and closure of case number 2:16-CR-20227-BAF-DRG-1 and the release of Ryon Lenell Travis and all other properties belonging to RYON LENELL TRAVIS, Estate. Especially person(s).

Trustee Kinikia Essex, U.S. Deputy Clerk, you are hereby warranted and required to enter this Executive Court Order and the U.S. MARSHAL SERVICE shall execute it.

This Bill of Exchange is endorsed to the U.S. DISTRICT COURT Clerk and shall be deposited to the DEPARTMENT OF TREASURY, dollar for dollar. This B.O.E. is required to cover all charges, costs and fees imposed on RYON LENELL TRAVIS, Estate, including for this Executive Court Order. All dues are hereby considered paid to society in full, warranting the release of RYON LENELL TRAVIS forgiven in full.

This is NON-NEGOTIABLE and if this, 'NOT' accepted, then it is mandatory for you to return this B.O.E. along with all other letters of credit, promissory notes, bonds, vouchers, checks and all other monetary instruments bearing the name RYON LENELL TRAVIS, to us via return address In Care Of RYON TRAVIS [54525-039], FEDERAL DETENTION CENTER, P.O. Box 1000, Milan, Michigan [48160]. It is theft/larceny if you fail to do so.

Abandon your acts of 'in-land piracy(ies)' against this said Estate and issue this 'Executive Court Order' without delay, or be held personally liable for all debts and obligations that is being

imposed on RYON LENELL TRAVIS via Case No. 2:16-CR-20227-BAF-DRG-1.

WE, The People concur.

By: executor ~~Bro. R. Travis Bey~~ 2-6-23
G54633243
Autograph Ryon Lenell Travis...
MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS, Estate.
Executor Office.

---

DO NOT DETACH FROM EXECUTIVE COURT ORDER (E.C.O. 1-2023).

Bill Of Exchange      No. RLT-2-23-1

Deposit To: DEPARTMENT OF TREASURY

$ _____

The Amount Of:

For: Full-Settlement and Closure of Case No. 2:16-CR-20227-BAF-DRG-1 for RYON LENELL TRAVIS 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 and E.C.O. 1-2023

By: executor ~~Bro. R. Travis Bey~~ 2-6-23
G54633243
Autograph Ryon Lenell Travis.
MOORISH SCIENCE TEMPLE OF AMERICA.
RYON LENELL TRAVIS, Estate.
Executor Office.

NON-NEGOTIABLE INSTRUMENT

---

MOORISH SCIENCE TEMPLE OF AMERICA.

Bro. R. Travis Bey,
In Care Of:
RYON TRAVIS [54525-039]
NAME                REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN [48160]
Official Business.

'Special Appearance'

METROPLEX MI 480
7 FEB 2023 PM 7 L

Office of U.S. Deputy Clerk
Attn: Trustee Kinikia Essex, Deputy Clerk
Theodore Levin U.S. COURTHOUSE
231 West Lafayette Boulevard
Detroit, Michigan [48226]

48226-277811