United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/02/2023.

**Case Name:** USA v. Ryon Travis
**Case Number:** 23-1100

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [6953784-2] filed by Mr. Martin E. Crandall..

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Ryon Lenelle Travis
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

**A copy of this notice will be issued to:**

Mr. Martin E. Crandall
Ms. Kinikia D. Essix
Ms. Sara D. Woodward

Case No. 23-1100

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RYON LENELLE TRAVIS

    Defendant - Appellant

Upon consideration of the motion of Martin Crandall to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                   **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: March 02, 2023